# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                         Case No.: 2:11−bk−27518−GBN

STAR BUFFET, INC.                   Chapter: 11
1312 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85257
**SSAN:**
**EIN:** 84−1430786

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 12/01/11 at 9:30 A.M. has been vacated.

This matter has been RESCHEDULED for hearing on 12/2/11 at 09:15 AM at 230 N. First Avenue, 7th Floor, Courtoom 702, Phoenix, AZ before the Honorable George B. Nielsen Jr. to consider and act upon the following matter:

CHAPTER 11 STATUS HEARING

**Date: November 7, 2011**

**Address of the Bankruptcy Clerk's Office:**      Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101               **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

```
                         United States Bankruptcy Court
                               District of Arizona
In re:                                                       Case No. 11-27518-GBN
STAR BUFFET, INC.                                            Chapter 11
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0970-2         User: bellerl         Page 1 of 2         Date Rcvd: Nov 07, 2011
                             Form ID: admresc      Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2011.
```
db       +STAR BUFFET, INC.,    1312 N. SCOTTSDALE ROAD,    SCOTTSDALE, AZ 85257-3410
aty      +JOHN M. KONECK,    FREDRIKSON & BYRON, PA,    SUITE 4000,    200 SOUTH SIXTH STREET,
           MINNEAPOLIS, MN 55402-1425
cr       +JB'S FAMILY RESTAURANT, INC.,     2105 S. 48th Street,    Suite 101,    Phoenix, AZ 85282-1019
cr       +K & A Brasher dba Montgomery Poultry & Egg,     1200 N 18th St, Suite AA,    Monroe,, LA 71201-5459
cr       +Michael and Susan Naumes,    c/o Mahaffy Law Firm, PC,     PO Box 12959,    Chandler, AZ 85248-0033
cr        Oshunola, LLC and Nareke, LLC,     c/o John G. Sinodis,    Jennings, Haug & Cunningham, LLP,
           2800 N. Central Avenue, Suite 1800,    Phoenix, AZ  85004-1049
cr       +Simon Property Group, Inc.,    Attn: Ronald M. Tucker, Esq.,     225 West Washington Street,
           Indianapolis, IN 46204-3438
cr       +U.S. Foodservice, Inc.,    c/o Saul Ewing LLP,    Centre Square West,
           1500 Market Street, 38th Floor,    Philadelphia, PA 19102-2128
cr       +Wells Fargo Bank, N.A.,    Assayag Mauss,    2915 Redhill Avenue,    Suite 200,
           Costa Mesa, CA 92626-5916
cr      +++Wells Fargo Bank, N.A.,    c/o Assayag Mauss, APLC,    2915 Redhill Avenue,    Suite A200,
           Costa Mesa, CA 92626-7978
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr       AEI FUND MANAGEMENT, INC
cr       EDWARD R. TINSLEY, III
cr       FLYING W. DIAMOND RANCH, INC.
cr       K-BOBS CAPITAL RESOURCE GROUP, LTD
cr       K-BOBS U.S.A., INC.
cr       Spirit Master Funding, LLC
cr       TINSLEY HOSPITALITY GROUP, LLC
                                                                              TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2011**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2011 at the address(es) listed below:
          CRAIG SOLOMON GANZ    on behalf of Creditor   Spirit Master Funding, LLC craig.ganz@gknet.com,
           maricella.nunez@gknet.com;jane.hernandez@gknet.com
          ELIZABETH H MATTIS    on behalf of Creditor   Wells Fargo Bank, N.A. efilings@amlegalgroup.com
          FREDERICK B KING    on behalf of Creditor   K & A Brasher dba Montgomery Poultry & Egg
           fbking10@comcast.net
          JAIME K SHEAN    on behalf of Creditor   Wells Fargo Bank, N.A. efilings@amlegalgroup.com
          JOHN G SINODIS    on behalf of Creditor   Oshunola, LLC and Nareke, LLC jgs@jhc-law.com,
           ab@jhc-law.com
          JOSEPH WM. KRUCHEK    on behalf of Creditor   Wells Fargo Bank, N.A. joseph.kruchek@kutakrock.com,
           rebekah.poston@kutakrock.com
          MELISSA WOLF RAND    on behalf of Creditor   U.S. Foodservice, Inc. mrand@saul.com
          MICHAEL A. JONES    on behalf of Creditor   FLYING W. DIAMOND RANCH, INC. mjones@asbazlaw.com,
           mhinshaw@asbazlaw.com;cmcdonald@asbazlaw.com;rnieto@asbazlaw.com;ATTY_ASB@trustesolutions.com;jan
           tle@asbazlaw.com;eodo@asbazlaw.com
          PATTY  CHAN    on behalf of U.S. Trustee   U.S. TRUSTEE patty.chan@usdoj.gov,
           Jean.L.LaShelle@usdoj.gov
          RONALD M. TUCKER    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           rwoodruff@simon.com;cmartin@simon.com;psummers@simon.com;antimm@simon.com
          S. CARY FORRESTER    on behalf of Debtor   STAR BUFFET, INC. scf@forresterandworth.com,
           scf@forresterandworth.com
          STEVEN C. MAHAFFY    on behalf of Creditor Michael and Susan Naumes steve@mahaffylaw.com
          THOMAS E. LITTLER    on behalf of Creditor   JB'S FAMILY RESTAURANT, INC.
           phxbknotices@gordonsilver.com,  tlittler@gordonsilver.com;robert.warnicke@gordonsilver.com
          THOMAS H. ALLEN    on behalf of Creditor   TINSLEY HOSPITALITY GROUP, LLC tallen@asbazlaw.com,
           rnieto@asbazlaw.com;asbecf@asbazlaw.com;mhinshaw@asbazlaw.com;ATTY_ASB@trustesolutions.com;cmcdon
           ald@asbazlaw.com
                                                                                                       TOTAL: 14