FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** <br> **STAR BUFFET, INC.,** <br> Debtor. | **Chapter 11** <br> **Jointly Administered** <br> **Case Nos.:** 2:11-bk-27518 and 2:11-bk-27713 |
| **In re:** <br> **SUMMIT FAMILY RESTAURANTS, INC.,** <br> Debtor. | **NOTICE OF MOTION FOR APPROVAL OF ASSUMPTION OF LEASE WITH J.C.R.S. SHOPPING CENTER, INC.** |
| THIS FILING APPLIES TO: <br> ___ BOTH DEBTORS <br> ___ STAR BUFFET, INC. <br> _X_ SUMMIT FAMILY RESTAURANTS, INC. | |

**NOTICE IS HEREBY GIVEN** that Summit Family Restaurants, Inc. ("**Summit**") has filed a motion (the "**Motion**") for the entry of an order approving the assumption of its lease (the "**Lease**") with J.C.R.S. Shopping Center, Inc. ("**JCRS**") for the restaurant property located at 6715 W. Colfax, Denver, Colorado, 80214. The Lease was entered into on November 1, 1972,

between JCRS and Casa Bonita of Tulsa, Inc. ("**CBTI**"). Summit is the successor-in-interest to CBTI. The Lease has been extended three times and now expires on October 31, 2013. The minimum monthly lease payments are approximately $2,916.67. Summit pays additional rent equal to the difference between 1.5% of gross sales and the amount of the minimum rent. There are no defaults and all payments under the Lease are current. A copy of the Lease is attached as Exhibit A to the Motion, which is on file with the Clerk of the Court and available for review by any party. A copy may also be obtained by written request to Summit's counsel at the address, or email address, set forth above.

**FURTHER NOTICE IS HEREBY GIVEN** that pursuant to Local Bankruptcy Rule 6006-1, if no written objection is filed with the court and a copy served on counsel for Debtor at the address are set forth above, within fifteen (15) days of service of this Notice, the Motion may be granted without further hearing. If a timely objection is filed, the matter will be set for hearing by the court.

**FURTHER NOTICE IS GIVEN** that any objections to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court either (a) by mail or hand-delivery to 230 North First Avenue, Suite 101, Phoenix, Arizona, or (b) electronically at the Court's web site: ecf.azb.uscourts.gov, using the Court's electronic filing procedures.

Dated January 26, 2012.

**FORRESTER & WORTH, PLLC**


/s/ SCF 006342
S. Cary Forrester
Counsel for Debtors

Copy emailed and/or mailed
January 26, 2012 to:

| | |
|---|---|
| Office of U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003<br>Ustpregion14.px.ecf@usdoj.gov | Craig Solomon Ganz, Esq.<br>Gallagher & Kennedy, PA<br>2575 East Camelback Road<br>Phoenix, Arizona 85016<br>craig.ganz@gknet.com<br>maricella.nunez@gknet.com<br>jane.hernandez@gknet.com<br>*Attorneys for Spirit Master Funding* |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 43204<br>rtucker@simon.com<br>rwoodruff@simon.com<br>cmartin@cimon.com<br>psummers@simon.com<br>antimm@simon.com | Wells Fargo Bank, N.A.<br>c/o Michele Sabo Assayag, Esq.<br>Jaime K. Shean, Esq.<br>Assayag Mauss<br>2915 Redhill Avenue, Suite 200<br>Costa Mesa, California 92626<br>efilings@amlegalgroup.com<br>jaimes@amlegalgroup.com |
| Jeffrey C. Hampton, Esq.<br>Melissa W. Rand, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jhampton@saul.com<br>mrand@saul.com<br>*Attorneys for U.S. Foodservice, Inc.* | Sarah D. Moyed, Esq.<br>Bankruptcy Counsel<br>United States Securities and<br>Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036<br>moyeds@sec.gov |

| | | |
|---|---|---|
| 1 | Thomas E. Littler, Esq. | Thomas H. Allen, Esq. |
| 2 | Robert C. Warnicke, Esq.<br>Gordon Silver | Michael A. Jones, Esq.<br>Allen, Sala & Bayne, PLC |
| 3 | One E. Washington Street, Suite 400 | 1850 N. Central Avenue, Suite 1150 |
| 4 | Phoenix, Arizona 85004<br>tlittler@gordonsilver.com | Phoenix, AZ 85004<br>tallen@asbazlaw.com |
| 5 | rwarnicke@gordonsilver.com | mjones@asbazlaw.com |
| 6 | phxbknotices@gordonsilver.com<br>*Attorneys for JB's Family Restaurant* | rnieto@asbazlaw.com<br>asbecf@asbazlaw.com |
| 7 | | mhinshaw@asbazlaw.com |
| 8 | | atty_asb@trustesolutions.com |
| 9 | | cmcdonald@asbazlaw.com<br>*Attorneys for Tinsley Hospitality* |
| 10 | | *Group, LLC; Edward R. Tinsley, III;* |
| 11 | | *Flying W. Diamond Ranch, Inc.; K-*<br>*Bob's U.S.A., Inc. and K-Bob's Capital* |
| 12 | | *Resource Group, LTD* |
| 13 | | |
| 14 | Joseph Wm. Kruchek, Esq. | John G. Sinodis, Esq. |
| 15 | Kelley E. Braden, Esq.<br>Kutak Rock, LLP | Bryan W. Goodman, Esq.<br>Jennings, Haug & Cunningham, LLP |
| 16 | 8601 N. Scottsdale Road, Suite 300 | 2800 North Central Avenue |
| 17 | Scottsdale, Arizona 85253-2742<br>joe.kruchek@kutakrock.com | Suite 1800<br>Phoenix, Arizona 85004-1049 |
| 18 | kelley.braden@kutakrock.com | jgs@jhc-law.com |
| 19 | Rebekah.poston@kutakrock.com | bwg@jhc-law.com |
| 20 | *Attorneys for Wells Fargo Bank, N.A.* | ab@jhc-law.com<br>*Attorneys for Oshunola, LLC and* |
| 21 | | *Nareke, LLC* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | |
|---|---|
| Christopher H. Bayley<br>Snell & Wilmer, LLP<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, Arizona 85004-2202<br>CBayley@swlaw.com<br>*Attorneys for Chris Bakwin* | John M. Koneck, Esq.<br>Fredrikson & Byron, P.A.<br>Suite 4000<br>200 South Sixth Street<br>Minneapolis MN 55402-1425<br>jkoneck@fredlaw.com<br>*Attorneys for AEI Fund Management* |
| Steven C. Mahaffy, Esq.<br>Mahaffy Law Firm, P.C.<br>P.O. Box 12959<br>Chandler, Arizona 85248<br>steve@mahaffylaw.com<br>*Attorneys for Michael D. Naumes and Susan F. Naumes* | Frederick B. King, LLC<br>Attorneys at Law<br>1200 N. 18th Street, Suite AA<br>Monroe, LA 71201<br>fbking10@comcast.net<br>*Attorneys for K & A Brasher, LLC* |
| K & A Brasher LLC<br>c/o Fred King<br>1200 N. 18th Street, #AA<br>Monroe, LA 71201 | Spirit Master Funding LLC<br>Attn: Sean Hufford<br>14631 N. Scottsdale Road #200<br>Scottsdale, AZ 85254 |
| Tinsley Hospitality Group LLC:<br>K-BOB'S USA Inc.,<br>Flying W Diamond Ranch Inc.,<br>K-BOB'S Capital Resource Group<br>Attn: Ed Tinsley<br>141 E. Palace Avenue<br>Santa Fe, NM 87501 | Dean M. Dinner, Esq.<br>Nussbaum Gillis & Dinner, P.C.<br>14500 N. Northsight Blvd., Suite 116<br>Scottsdale, Arizona 85260<br>ddinner@ngdlaw.com<br>*Attorneys for Platinum Bank* |
| Chris Bakwin<br>P.O. Box 1542<br>Bozeman, MT 59715 | Flying W Diamond<br>141 E. Palace Avenue<br>Santa Fe, NM 87501 |

| | |
|---|---|
| K-Bob's USA, Inc<br>141 E. Palace Avenue<br>Santa Fe, NM 87501 | Pathway Partners<br>13877 Magic Wand<br>Draper, UT 84020 |
| Barbara Jill Layton Romney<br>c/o John P. Romney<br>6859 Silkwood Lane<br>Solon, OH 44139 | Randy and Tami Wong<br>1245 S. Main Street<br>St. George, UT 84770 |
| Barbara Jill Layton Romney<br>401 Lafayette Park<br>Southlake, TX 76092 | J.C.R.S. Shopping Center, Inc.<br>6647 W. Colfax Ave.<br>Lakewood, CO 80214 |
| JCRS Investments, LLC<br>c/o Lori A. Sakowicz<br>1800 Larimer Street<br>Suite 1700<br>Denver, CO 80202 | J.C.R.S. Shopping Center, Inc.<br>c/o Lori A. Sakowicz<br>JCRS Investments, LLC<br>1800 Larimer Street<br>Suite 1700<br>Denver, CO 80202 |
| JCRS Investments, LLC<br>c/o Newmark Knight Frank<br>Frederick Ross<br>PO Box 8225<br>Denver, CO 80201 | J.C.R.S. Shopping Center, Inc.<br>c/o Newmark Knight Frank<br>Frederick Ross<br>PO Box 8225<br>Denver, CO 80201 |
| Bank of Utah<br>Attn: Scott Heninger<br>5741 South 1900 West<br>Roy, UT 84067 | CK's Produce<br>2801 East Hillsborough Avenue<br>Tampa, FL 33610 |

| | |
|---|---|
| Clark Mueller Biereley<br>102 West Whiting Street, Ste. 302<br>Tampa, FL 33602 | Greenway Leasing<br>4731 Hazel Jones Road, Suite A<br>Bossier City, LA 71111 |
| K-Bob's USA, Inc<br>141 E. Palace Avenue<br>Santa Fe, NM 87501 | Levine Investments LLP<br>1702 East Highland, Suite 310<br>Phoenix, AZ 85016 |
| McWhorter, Cobb and Johnson<br>1722 Broadway<br>Lubbock, TX 79401 | Moss Adams<br>8800 East Raintree Drive<br>Suite 210<br>Scottsdale, AZ 85260 |
| Moulton Bellingham<br>27 North 27th Street<br>P.O. Box 2559<br>Billings, MT 59103-2559 | NASDAQ Stock Market, Inc.<br>P.O. Box 7777-W8130<br>Philadelphia, PA 19175-8130 |
| Naumes, Michael<br>2 West Barnett Road<br>Medford, OR 97501 | Naumes, Susan<br>2 West Barnett Road<br>Medford, OR 97501 |
| Oshunola, L.L.C.<br>Bank of America<br>P.O. Box 31900<br>Tampa, FL 33631-3900 | Parr Brown<br>P.O. Box 11019<br>Salt Lake City, UT 84147 |
| Platinum<br>802 W. Lumsden Road<br>Brandon, FL 33511 | Ridenour, Hienton & Louis<br>201 North Central Avenue<br>Suite 3300<br>Phoenix, AZ 85004-1052 |

| | | |
|---|---|---|
| 1 | Smith, Tom<br>4088 Penshurst Park | Spirit Master Funding, LLC<br>14631 N. Scottsdale Road, #200 |
| 2 | Sarasota, FL 34235 | Scottsdale, AZ 85254-2786 |
| 3 | | |
| 4 | State of Delaware<br>Division of Corporations | Wheaton, Robert<br>4716 E. Valley Vista |
| 5 | P.O. Box 11728 | Paradise Valley, AZ 85253 |
| 6 | Newark, NJ 07101-4728 | |
| 7 | Barbara Jill Layton Romney | |
| 8 | 16330 Green Shade | |
| 9 | Houston, TX 77090 | |

/s/ Carrie Lawrence
Carrie Lawrence