**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 258-2729
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM
JOHN R. WORTH (012950)
JRW@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**STAR BUFFET, INC.,**<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case Nos.: 2:11-bk-27518 and<br>2:11-bk-27713 |
| In re:<br><br>**SUMMIT FAMILY RESTAURANTS, INC.,**<br><br>Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTION AND NOTICE OF LODGING ORDER APPROVING MOTION TO SET BAR DATE FOR PROOFS OF CLAIM UNDER RULE 3003(c)(3)** |
| THIS FILING APPLIES TO:<br><br>_X_ BOTH DEBTORS<br>___ STAR BUFFET, INC.<br>___ SUMMIT FAMILY RESTAURANTS, INC. | |

The undersigned hereby certifies that: (1) Debtors filed a Motion to Set Bar Date for Proofs of Claim Under Rule 3003(c)(3) (the "**Motion**") on January 6, 2012; (2) the Motion and the accompanying Notice of Debtor's Motion to Set Bar Date for Proofs of Claim and Notice of Opportunity to Object were properly

served on January 6, 2012 on all those listed on the mailing list attached to the Motion; (3) there was one conditional objection by the United States Trustee's office, but it has been resolved as evidenced by Ms. Chan's approval of the form of order; and, (4) three or more days have elapsed since the expiration of the deadline for objections.

Accordingly, Debtors have, this date, lodged an Order Approving Motion to Set Bar Date for Proofs of Claim Under Rule 3003(c)(3), in the form submitted herewith.

Dated February 1, 2012.

**FORRESTER & WORTH, PLLC**

/s/ SCF 006342
S. Cary Forrester
Counsel for the debtors

**FORRESTER & WORTH, PLLC**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012-1927
(602) 258-2729
(602) 271-4300 Fax
S. Cary Forrester (006342)
scf@forresterandworth.com
John R. Worth (012950)
jrw@forresterandworth.com

Counsel for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> **STAR BUFFET, INC.**, <br> Debtor. | Chapter 11 <br> Jointly Administered <br> Case Nos.: 2:11-bk-27518 and 2:11-bk-27713 |
| In re: <br> **SUMMIT FAMILY RESTAURANTS, INC.**, <br> Debtor. | **ORDER SETTING BAR DATE FOR PROOFS OF CLAIM** |
| THIS FILING APPLIES TO: <br>  X   BOTH DEBTORS <br> ___  STAR BUFFET, INC. <br> ___  SUMMIT FAMILY RESTAURANTS, INC. | |

This matter having come before the court on the debtors' Motion to Set Bar Date For Proofs of Claim Under Rule 3003(c)(3), and good cause appearing,

**IT IS HEREBY ORDERED**, that:

1. Pursuant to Rule 3003(c)(3), Rules of Bankruptcy Procedure, March 9, 2012 is established as the deadline (the "**Bar Date**") within which any and all individuals or entities asserting claims against the bankruptcy estates must file a Proof of Claim for: (a) claims not listed in the Schedules of Assets and Liabilities (the "**Schedules**"), as the same may be amended from time to time; (b) claims that are listed in the Schedules as disputed, contingent, or unliquidated; (c) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code Section 553 or otherwise).

2. Any claimant who fails to timely file and serve a Proof of Claim, if required to do so by the terms of this order, shall be forever barred from voting on any proposed plan of reorganization, receiving a distribution from the estates, or otherwise participating in the Chapter 11 case. Nonetheless, the holder of any such unfiled claim shall be bound by the terms of any confirmed plan of reorganization.

3. Anyone seeking to file a proof of claim must ensure that it is received by the Clerk of the United States Bankruptcy Court for the District of Arizona on or before the Bar Date. A copy of the proof of claim need not be forwarded to counsel for the Debtor.

4. Counsel for the Debtor shall promptly provide notice of this order to all creditors and interested parties, in the form attached hereto as Exhibit "A".

Approved as to form and content:

Ilene J. Lashinsky
United States Trustee
District of Arizona

Patty Chan
Digitally signed by Patty Chan
DN: cn=Patty Chan, o=Office of U.S. Trustee, ou=U.S. Dept. of Justice, email=patty.chan@usdoj.gov, c=US
Date: 2012.02.01 14:34:44 -07'00'

_____
Patty Chan
Trial Attorney

- 2 -
Case 2:11-bk-27518-GBN   Doc 85   Filed 02/01/12   Entered 02/01/12 15:40:07   Desc
Main Document   Page 4 of 8

EXHIBIT "A"

**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 258-2729
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM
JOHN R. WORTH (012950)
JRW@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **STAR BUFFET, INC.,** | **Jointly Administered** |
| Debtor. | **Case Nos.: 2:11-bk-27518 and 2:11-bk-27713** |
| **In re:** | |
| **SUMMIT FAMILY RESTAURANTS, INC.,** | **NOTICE OF BAR DATE FOR PROOFS OF CLAIM UNDER RULE 3003(c)(3)** |
| Debtor. | |
| THIS FILING APPLIES TO:<br><br>  X   BOTH DEBTORS<br>  ___  STAR BUFFET, INC.<br>  ___  SUMMIT FAMILY RESTAURANTS, INC. | |

**NOTICE IS GIVEN** that, on _____, 2012 the court entered an order providing as follows:

1. Pursuant to Rule 3003(c)(3), Rules of Bankruptcy Procedure, **March 9, 2012 is established as the deadline ("Bar Date")** for any and all individuals or

entities asserting claims against the bankruptcy estate to file a Proof of Claim for: (a) claims not listed in the Schedules of Assets and Liabilities (the "**Schedules**"), as the same may be amended from time to time; (b) claims that are listed in the Schedules as disputed, contingent, or unliquidated; (c) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code Section 553 or otherwise).

2. Any claimant who fails to timely file and serve a Proof of Claim, if required to do so by the terms of the order, shall be forever barred from voting on any proposed plan of reorganization, receiving a distribution from the estate, or otherwise participating in the Chapter 11 case. Nonetheless, the holder of any such unfiled claim shall be bound by the terms of any confirmed plan of reorganization.

3. All Proofs of Claim must be received by the Clerk of the United States Bankruptcy Court for the District of Arizona on or before the Bar Date. Such claims may be mailed or delivered to the Clerk at the following addresses:

>  Clerk, United States Bankruptcy Court
>  230 North First Avenue, Suite 101
>  Phoenix, AZ 85003
>  Telephone number: (602) 682-4000

4. Creditors are advised not to send copies of their proofs of claim to the Debtor or counsel for the Debtor.

5. **If you have already filed a Proof of Claim, it is not necessary to file another one in response to this notice.**

**IT IS THE RESPONSIBILITY OF EACH CREDITOR TO REVIEW THE SCHEDULES, WHICH ARE ON FILE WITH THE CLERK OF**

**THE BANKRUPTCY COURT AT THE ADDRESS SET FORTH ABOVE, TO DETERMINE WHETHER AND HOW ITS CLAIM IS SCHEDULED.**

Dated _____, 2012.

**FORRESTER & WORTH, PLLC**

_____
S. Cary Forrester
Counsel for the debtors