**ORDERED ACCORDINGLY.**

Dated: April 24, 2012



George B. Nielsen, Bankruptcy Judge
_____

**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>STAR BUFFET, INC.,<br>Debtor. | Chapter 11<br>Jointly Administered<br>Case Nos.: 2:11-bk-27518 and<br>2:11-bk-27713 |
| In re:<br>SUMMIT FAMILY RESTAURANTS, INC.,<br>Debtor. | ORDER GRANTING MOTION FOR APPROVAL OF ASSUMPTION OF LEASE WITH J.C.R.S. SHOPPING CENTER, INC. |
| THIS FILING APPLIES TO:<br>___ BOTH DEBTORS<br>___ STAR BUFFET, INC.<br>_X_ SUMMIT FAMILY RESTAURANTS, INC. | |

This matter came before the Court on Summit Family Restaurants, Inc.'s motion (the "**Motion**") for the entry of an order approving the assumption of its lease (the "**Lease**") with J.C.R.S. Shopping Center, Inc.

("**JCRS**") for the restaurant property located at 6715 W. Colfax, Denver, Colorado, 80214. A copy of the Lease is attached as Exhibit "A" to the Motion. The Court has considered the Motion and the entire record before it, and it appears that good cause exists for granting the Motion. Accordingly,

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334;

2. This is a core proceeding under 28 U.S.C. § 157(b); and

3. The Motion was duly noticed to all necessary parties as prescribed by Rule 6006, Federal Rules of Bankruptcy Procedure, and Rule 6006-1, Local Rules of Bankruptcy Procedure, and no objections were filed or served on counsel.

4. The relief requested in the Motion is in the best interests of Debtor, its estate, its creditors, its shareholders and other parties in interest;

5. All monthly payments and other obligations owing under the Lease are current; and,

6. Good cause exists for granting the Motion and approving the assumption of the Lease.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Motion is granted and debtor Summit Family Restaurants, Inc. is authorized to assume the Lease.

**--SIGNED AND DATED ABOVE--**