**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM
ATTORNEYS FOR DEBTORS

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**STAR BUFFET, INC.**,<br><br>　　　　　　　　　　　　**Debtor.** | **Chapter 11**<br><br>**Jointly Administered**<br><br>Case Nos.:　2:11-bk-27518 and<br>　　　　　　　2:11-bk-27713 |
| In re:<br><br>**SUMMIT FAMILY RESTAURANTS, INC.**,<br><br>　　　　　　　　　　　　**Debtor.** | **AMENDED BALLOT REPORT**<br><br>(amended to add a ballot) |
| THIS FILING APPLIES TO:<br><br>　_X_　BOTH DEBTORS<br>　___　STAR BUFFET, INC.<br>　___　SUMMIT FAMILY RESTAURANTS, INC. | |

Debtors, Star Buffet, Inc. and Summit Family Restaurants, Inc. submit this amended report of the balloting on the Debtors' First Amended Joint Plan of Reorganization dated May 24, 2012 (the "**Plan**"). This report reflects ballots received by the debtors through the date and time of this

1

report. Overall, 15 ballots were timely cast, of which 9 voted to accept the Plan and 6 voted to reject it. This report is being amended to add the Class 7 ballot of the Ridenour firm. Debtor granted it an extension of time to file the ballot through July 11, 2012.

### Unclassified Claims

Unclassified Claimants are unimpaired and are deemed to have accepted the Plan

### Class 1 (Priority Claims)

Class 1 is unimpaired and is deemed to have accepted the Plan. No ballots were cast by Class 1 claim holders.

### Class 2 (Priority Tax Claims)

Because the Plan provides for payment in full of Class 2 Claims and complies with the requirements of § 1129(a)(9)(C), Class 2 is not considered a voting class pursuant to § 1124(1) and § 1126(f), and is deemed to have accepted the Plan. No ballots were cast by Class 2 claim holders.

### Class 3 (Wells Fargo secured claim)

The Class 3 claim is the impaired secured claim held by Wells Fargo. Wells Fargo was granted an extension of time within which to file its ballot through and including July 26, 2012.

### Class 4 (Wells Fargo Artesia secured claim)

Class 4 is unimpaired and is deemed to have accepted the Plan. No ballot was cast by Wells Fargo in regard to the Artesia loan.

### Class 5 (Stockman Bank JB secured claim)

Stockman Bank of MT voted to accept the Plan.

### Class 6 (Stockman Bank 4B)

Stockman Bank of MT voted to accept the Plan.

### Class 7 (Administrative Convenience Claims)

Ridenour, Hienton & Lewis voted to accept the Plan.

### Class 8(A) (General Unsecured Claims)

11 ballots were cast by Class 8(A) claimants, 5 of which voted to accept the Plan and 6 of which voted to reject the Plan. The dollar amount of the claims voting to accept the Plan is $622,189.77. The dollar amount of the claims voting to reject the Plan is $3,456,313.69.

### Class 8(B) (General Unsecured Claim of Robert E. Wheaton)

No ballot was cast by Robert E. Wheaton, the Class 8(B) claim holder.

### Class 9 (Bank of Utah)

No ballot was cast by Bank of Utah, the holder of the Class 9 unsecured claim.

### Class 10 (Penalty Claims)

No ballots were cast by Class 10 claim holders.

### Class 11 (Security Claims)

No ballots were cast by Class 11 claim holders.

### Class 12 (Shareholders)

Class 12 is unimpaired and is deemed to have accepted the Plan. For informational purposes, no ballots were cast by Class 12 claim holders.

### Class 13 (Greenway)

No ballot was cast by Greenway Leasing, L.P.

3

**Defective Ballots**

A ballot was received from the Jefferson County Treasurer which failed to state the class to which the claimant belongs or the claim amount. The ballot voted to accept the Plan.

**Attached is a full report of all ballots received by counsel for the debtors through the date and time of this report. Acceptance of the ballots cast does not constitute an allowance of the claim amounts stated on those ballots or an agreement as to the proper classification of any claims, nor does it waive any rights of the debtors to object to such claims on any grounds. In addition, the ballots do not constitute proofs of claim and will not be treated as such.**

Dated July 11, 2012.

FORRESTER & WORTH, PLLC

/s/ SCF 006342
S. Cary Forrester
Attorneys for Debtors

Copy e-mailed or mailed July 11, 2012 to all parties on the attached service list.

/s/ Carrie Lawrence
Carrie Lawrence

4

Office of U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Ustpregion14.px.ecf@usdoj.gov

Craig Solomon Ganz, Esq.
Gallagher & Kennedy, PA
2575 East Camelback Road
Phoenix, Arizona 85016
craig.ganz@gknet.com
jane.hernandez@gknet.com
*Attorneys for Spirit Master Funding*

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 43204
rtucker@simon.com
rwoodruff@simon.com
cmartin@simon.com
psummers@simon.com
antimm@simon.com

Wells Fargo Bank, N.A.
c/o Michele Sabo Assayag, Esq.
Jaime K. Shean, Esq.
Assayag Mauss
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
efilings@amlegalgroup.com
jaimes@amlegalgroup.com

Jeffrey C. Hampton, Esq.
Melissa W. Rand, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jhampton@saul.com
mrand@saul.com
*Attorneys for U.S. Foodservice, Inc.*

Sarah D. Moyed, Esq.
Bankruptcy Counsel
United States Securities and
Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
moyeds@sec.gov

Thomas E. Littler, Esq.
Robert C. Warnicke, Esq.
Gordon Silver
One E. Washington Street, Suite 400
Phoenix, Arizona 85004
tlittler@gordonsilver.com
rwarnicke@gordonsilver.com
phxbknotices@gordonsilver.com
*Attorneys for JB's Family Restaurant*

Thomas H. Allen, Esq.
Michael A. Jones, Esq.
Allen, Sala & Bayne, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
tallen@asbazlaw.com
mjones@asbazlaw.com
rnieto@asbazlaw.com
asbecf@asbazlaw.com
mhinshaw@asbazlaw.com
atty_asb@trustesolutions.com
cmcdonald@asbazlaw.com
*Attorneys for Tinsley Hospitality Group, LLC; Edward R. Tinsley, III; Flying W. Diamond Ranch, Inc.; K-Bob's U.S.A., Inc. and K-Bob's Capital Resource Group, LTD*

Joseph Wm. Kruchek, Esq.
Kelley E. Braden, Esq.
Kutak Rock, LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
joe.kruchek@kutakrock.com
kelley.braden@kutakrock.com
Rebekah.poston@kutakrock.com
*Attorneys for Wells Fargo Bank, N.A.*

John G. Sinodis, Esq.
Bryan W. Goodman, Esq.
Jennings, Haug & Cunningham, LLP
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
jgs@jhc-law.com
bwg@jhc-law.com
ab@jhc-law.com
*Attorneys for Oshunola, LLC and Nareke, LLC*

S. Cary Forrester, Esq.
Forrester & Worth, PLLC
3636 N. Central Avenue, Suite 700
Phoenix, Arizona 85012
scf@forresterandworth.com
*Attorneys for Debtors*

John M. Koneck, Esq.
Fredrikson & Byron, P.A.
Suite 4000
200 South Sixth Street
Minneapolis MN 55402-1425
jkoneck@fredlaw.com
*Attorneys for AEI Fund Management*

Steven C. Mahaffy, Esq.
Mahaffy Law Firm, P.C.
P.O. Box 12959
Chandler, Arizona 85248
steve@mahaffylaw.com
*Attorneys for Michael D. Naumes and Susan F. Naumes*

Spirit Master Funding LLC
Attn: Sean Hufford
14631 N. Scottsdale Road #200
Scottsdale, AZ 85254

K & A Brasher LLC
c/o Kenny Brasher
P.O. Box 2699
West Monroe, LA 71294
kennybrasher@comcast.net
fbking10@comcast.net

Dean M. Dinner, Esq.
Nussbaum Gillis & Dinner, P.C.
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
ddinner@ngdlaw.com
*Attorneys for Platinum Bank*

Tinsley Hospitality Group LLC:
K-BOB'S USA Inc.,
Flying W Diamond Ranch Inc.,
K-BOB'S Capital Resource Group
Attn: Ed Tinsley
141 E. Palace Avenue
Santa Fe, NM 87501

Tennessee Department of Revenue
c/oTN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Gammage & Burnham P.L.C.
Attention: Gregory J. Gnepper
Two North Central Avenue, 15th Fl.
Phoenix, Arizona 85004
kblakley@gblaw.com
*Attorneys for Greenway Leasing, L.P.*

Donald F. Ennis, Esq.
Benjamin W. Reeves, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
dfennis@swlaw.com
breeves@swlaw.com
*Attorneys for Stockman Bank of Montana*

Schuyler G. Carroll, Esq.
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
scarroll@perkinscoie.com
*Proposed Attorneys for Official Joint Committee of Unsecured Creditors*

Andrew A. Harnisch, Esq.
Jaclyn D. Foutz, Esq.
Ballard Spahr
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
harischa@ballardspahr.com
foutz@ballardspahr.com
*Attorneys for Mid South Partners*

8

Case 2:11-bk-27518-BKM    Doc 223    Filed 07/12/12    Entered 07/12/12 09:11:31    Desc
Main Document    Page 8 of 9

# STAR BUFFET/SUMMIT FAMILY RESTAURANTS BALLOT TALLY

## CLASS 5 SECURED CLAIMS

| Name | Amount | Accepted | Rejected |
|---|---:|:---:|:---:|
| Stockman Bank of MT | $571,825.32 | X | |

## CLASS 6 SECURED CLAIMS

| Name | Amount | Accepted | Rejected |
|---|---:|:---:|:---:|
| Stockman Bank of MT | $308,194.50 | X | |

## CLASS 7 ADMINISTRATIVE CONVENIENCE CLAIM

| Name | Amount | Accepted | Rejected |
|---|---:|:---:|:---:|
| Ridenour, Hienton & Lewis | $5,000.00 | X | |

## CLASS 8(A) GENERAL UNSECURED CLAIM

| Name | Amount | Accepted | Rejected |
|---|---:|:---:|:---:|
| Spirit Master Funding, LLC | $1,474,693.33 | | X |
| Moulton Bellingham PC | $28,325.69 | X | |
| Shamrock Foods Company, Inc. | $380,153.43 | X | |
| K & A Brasher, LLC | $10,656.67 | | X |
| Flying W Diamond Ranch Inc | $707,628.33 | | X |
| Tinsley Hospitality Group LLC | $193,687.34 | | X |
| K-BOB's Capital Resource Group Ltd. | $346,150.00 | | X |
| Michael Naumes & Susan Naumes | $176,868.14 | X | |
| Nareke, LLC & Oshunola, LLC | $723,498.02 | | X |
| JB's Family Restaurants | $32,049.36 | X | |
| The Simons Firm, LLP | $4,793.15 | X | |

## DEFECTIVE BALLOTS

| Name | Class | Amount | Accepted | Rejected |
|---|---|---:|:---:|:---:|
| Jefferson County Treasurer | | | X | |