# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: STAR BUFFET, INC. ) | CASE NO. 2:11-bk-27518 |
| ) | |
| ) | **BUSINESS AND INDUSTRY** |
| ) | **MONTHLY OPERATING REPORT** |
| ) | |
| ) | MONTH OF NOVEMBER |
| ) | |
| ) | DATE PETITION FILED: 9/28/2011 |
| Debtor ) | |
| ) | TAX PAYER ID NO. : 84-1430786 |

Nature of Debtor's Business: _____ Restaurant holding company

DATE DISCLOSURE STATEMENT FILED ___ 24-May-12 TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED ___ 24-May-12 TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____           President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          TITLE

ROBERT E. WHEATON                              1/11/2013
PRINTED NAME OF RESPONSIBLE PARTY                 DATE

**PREPARER:**

_____           Secretary
ORIGINAL SIGNATURE OF PREPARER                   TITLE

RON DOWDY                                      1/11/2013
PRINTED NAME OF PREPARER                          DATE

## PERSON TO CONTACT REGARDING THIS REPORT: RON DOWDY

PHONE NUMBER: 386-453-3321

ADDRESS: 1312 N. Scottsdale Road
Scottsdale, AZ 85257

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2:11-bk-27518

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | Operating | Payroll | Tax | **Total** |
| | #1000145722798 | # | # | |
| Balance at Beginning of Period | 3,009.55 | | | 3,009.55 |

**RECEIPTS**

| | | | | |
|---|---|---|---|---|
| Cash Sales | | | | - |
| Accounts Rceivable - Prepetition | | | | - |
| Accounts Rceivable - Postpetition | | | | - |
| Loans and Advances | | | | - |
| Sale of Assets | | | | - |
| Transfers from Other DIP Accounts | | | | - |
| Other  (attach list) | 5,509.84 | | | 5,509.84 |
| | | | | - |
| TOTAL RECEIPTS | 5,509.84 | - | - | 5,509.84 |

**DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | - |
| Capitol Improvements | | | | - |
| Pre-Petition Debt | | | | - |
| Transfers to Other DIP Accounts | | | | - |
| Other  (attach list) | | | | - |
| | | | | - |
| | | | | - |
| **Reorganization Expenses:** | | | | - |
| Attorney Fees | | | | - |
| Accountant Fees | | | | |
| Other Professional Fees | | | | - |
| U. S. Trustee Quarterly Fee | 325.00 | | | 325.00 |
| Court Costs | | | | - |
| | | | | |
| **TOTAL DISBURSEMENTS** | 325.00 | - | - | 325.00 |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | 8,194.39 | - | - | 8,194.39 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 325.00 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 325.00 |

Page 2

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less:  Returns & Discounts | | | |
| Net Revenue | 0 | 0 | 0 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | 0 | 0 | 0 |

| GROSS PROFIT | 0 | 0 | 0 |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | 7.00 |
| Total Operating Expenses | - | - | 7.00 |

| Income Before Non-operating Income and Expense | - | - | (7.00) |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | -5509.84 | -5509.84 | -5509.84 |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | -5509.84 | -5509.84 | -5509.84 |

| Income Before Reorganization Expense | 5,509.84 | 5,509.84 | 5,502.84 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | - | 15,474.87 | 15,850.13 |
| U.S. Trustee Fees | 325.00 | 1,300.00 | 1,625.00 |
| Other (attach list) | | | |
| Total Reorganization Expenses | 325.00 | 16,774.87 | 17,475.13 |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 5,184.84 | (11,265.03) | (11,972.29) |
|---|---|---|---|

Page 3

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | 8,194.39 | 3,009.55 |
| Total Cash | - | 8,194.39 | 3,009.55 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | - | 8,194.39 | 3,009.55 |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | - | - | - |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | 1,063,813.50 | 1,063,813.50 | 1,063,813.50 |
| TOTAL ASSETS | 1,063,813.50 | 1,072,007.89 | 1,066,823.05 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | 15,474.87 | 15,474.87 |
| Secured Debt | | | |
| Other (attach list) | | 4,691.81 | 4,691.81 |
| Total Post-Petition Liabilities | - | 20,166.68 | 20,166.68 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | 5,575,000.00 | 5,575,000.00 | 5,575,000.00 |
| Priority Debt | 14,000.00 | 14,000.00 | 14,000.00 |
| Unsecured Debt | 6,581,776.49 | 6,581,776.49 | 6,581,776.49 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 12,170,776.49 | 12,170,776.49 | 12,170,776.49 |
| TOTAL LIABILITIES | 12,170,776.49 | 12,190,943.17 | 12,190,943.17 |
| EQUITY | | | |
| Pre-petition Owner's Equity | (11,106,962.99) | (11,106,962.99) | (11,106,962.99) |
| Post-Petition Cumulative Profit/Loss | | (11,972.29) | (17,157.13) |
| Direct Charges to Equity (explain) | | | |
| Total Equity | (11,106,962.99) | (11,118,935.28) | (11,124,120.12) |
| TOTAL LIABILITIES & OWNER'S EQUITY | 1,063,813.50 | 1,072,007.89 | 1,066,823.05 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
|   Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
|   Plus: Amount Loaned Since Filing Date | |
|   Less: Amount Collected Since Filing Date | |
|   Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus:  Purchases | |
| Less:  Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT  AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | | | | |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Case 2:11-bk-27518-BKM    Doc 327    Filed 01/18/13    Entered 01/18/13 11:06:52    Desc
Main Document      Page 5 of 18

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | 15,474.87 | | | | 15474.87 |
| Secured Debt | | | | | |
| Other (attach list) | 4,691.81 | | | 1,000.00 | 3691.81 |
| | | | | | |
| **Total Post-Petition Liabilities** | 20,166.68 | 0.00 | 0.00 | 1,000.00 | 19,166.68 |

**\*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffesionals** | | | | |

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | xx |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | xx |  |
| Are any wages past due? |  | xx |
| Are any U. S. Trustee quarterly fees delinquent? |  | xx |

Provide a detailed explanation of any "YES" answers to the above questions: (attach additional sheets if needed)

In other assets $3,790 due from Starts, Inc. (transferred to checking account)

Current number of employees: _____0_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| See Attached. |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Debtors filed their joint plan of reorganization on March 26, 2012 and their amended plan on May 24, 2012 and October 17, 2012.

**Identify any matters that are delaying the filing of a plan of reorganization:**

None.

Page 7

# DISBURSEMENT DETAIL

**Month:** NOVEMBER

Please use a separate form for each bank account

1000145722798

**Bank Name** Suntrust Bank

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 116 | 11/6/2012 | U.S. Trustee | Quarterly Fees | 325 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 325 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 325 |
|---|---|

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

**Month:** NOVEMBER
**Account #** 1000145722798

**Bank Name** Suntrust Bank

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| TOTAL DISBURSEMENTS - THIS PAGE | |
|---|---|
|  |  |

Page 8a

| Chk # | Date | Payee | Purpose | Amt | Balance |
|-------|------|-------|---------|-----|---------|

| Chk # | Date | Payee | Purpose | Amt | Balance |
|-------|------|-------|---------|-----|---------|

| Assets | | | Scheduled Amount | Current Month | Prior Month |
|---|---|---|---|---|---|
| Security deposits with public utilities, etal | | | 100,813.50 | 100,813.50 | 100,813.50 |
| Other contingent and unliquidated claims | | | 963,000.00 | 963,000.00 | 963,000.00 |
| Transfer to subsidiary-Summit | | | - | - | - |
| | | | 1,063,813.50 | 1,063,813.50 | 1,063,813.50 |

| Chk # | Date | Payee | Post-Petition Liabilities Purpose | Amt |
|---|---|---|---|---|
| | 10/13/2011 | | Opening deposit from Starts, Inc. | 100.00 |
| | 10/26/2011 | | AmEx check deposit from subsidiary | 901.81 |
| | 11/2/2011 | | Deposit from Starts, Inc. | 190.00 |
| | 12/28/2011 | | Deposit from Starts, Inc. | 2,000.00 |
| | 4/23/2012 | | Deposit from Starts, Inc. | 500.00 |
| | 9/20/2012 | | Deposit from Starts, Inc. | 1,000.00 |
| | | | | 4,691.81 |

| | | | Professional Fees | |
|---|---|---|---|---|
| | 8/29/2012 | | Starts paid Forrester & Worth | 15,474.87 |

| Date | Post-Petition Liabilities Purpose | Total | 0-30 Days Amt | 31-60 Days Amt | 61-90 Days Amt | 91+ Days Amt |
|------|-----------------------------------|-------|---------------|----------------|----------------|--------------|
| 10/13/2011 | Opening deposit from Starts, Inc. | 100.00 | | | | 100.00 |
| 10/26/2011 | AmEx check deposit from subsidiary | 901.81 | | | | 901.81 |
| 11/2/2011 | Deposit from Starts, Inc. | 190.00 | | | | 190.00 |
| 12/28/2011 | Deposit from Starts, Inc. | 2,000.00 | | | - | 2,000.00 |
| 4/23/2012 | Deposit from Starts, Inc. | 500.00 | | | | 500.00 |
| 8/29/2012 | Starts paid Forrester & Worth | 15,474.87 | | | | 15,474.87 |
| 9/20/2012 | Deposit from Starts, Inc. | 1,000.00 | | | 1,000.00 | |
| | | 20,166.68 | - | - | 1,000.00 | 19,166.68 |

**STAR BUFFET, INC.  DEBTOR-in-POSSESSION**
**Account #1000145722798**
**NOVEMBER**
**Page 7 Questionaire**

NOVEMBER

Post-petition receivables

| Date | Purpose | Amt |
|------|---------|-----|
| 10/13/2011 | Opening deposit from Starts, I | 100.00 |
| 10/27/2011 | Deposit from Starts, Inc. | 190.00 |
| 12/28/2011 | Deposit from Starts, Inc. | 2,000.00 |
| 4/23/2012 | Deposit from Starts, Inc. | 500.00 |
| 9/20/2012 | Deposit from Starts, Inc. | 1,000.00 |
| Total | | 3,790.00 |

| Chk # | Date | Payee | Purpose | Amt | Balance |
|---|---|---|---|---|---|
| | 10/13/2011 | | Opening deposit from Starts, Inc. | 100.00 | 100.00 |
| | 10/26/2011 | | AmEx check deposit from subsidiary | 901.81 | 1,001.81 |
| | 10/27/2011 | | Transfer to Summit account | (400.00) | 601.81 |
| 110 | 10/25/2011 | U.S. Trustee | Quarterly Bankruptcy Fees | (325.00) | 276.81 |
| | 11/2/2011 | | Deposit from Starts, Inc. | 190.00 | 466.81 |
| 111 | 11/1/2011 | Broadridge ICS | Order shareholder list | (375.26) | 91.55 |
| | 12/19/2011 | | Bank Fees | (7.00) | 84.55 |
| | 12/28/2011 | | Deposit from Starts, Inc. | 2,000.00 | 2,084.55 |
| | 12/29/2011 | | Deposit from Starts, Inc. | 400.00 | 2,484.55 |
| 112 | 2/2/2012 | U.S. Trustee | Quarterly Bankruptcy Fees | (325.00) | 2,159.55 |
| | 4/23/2012 | | Deposit from Starts, Inc. | 500.00 | 2,659.55 |
| 113 | 5/7/2012 | U.S. Trustee | Quarterly Bankruptcy Fees | (325.00) | 2,334.55 |
| 115 | 7/31/2012 | U.S. Trustee | Quarterly Bankruptcy Fees | (325.00) | 2,009.55 |
| | 9/20/2012 | | Deposit from Starts, Inc. | 1,000.00 | 3,009.55 |
| 116 | 11/6/2012 | U.S. Trustee | Quarterly Bankruptcy Fees | (325.00) | 2,684.55 |
| | 11/9/2012 | | Insurance Refund | 5,509.84 | 8,194.39 |

# Star Buffet
## Insurance Summary - By State
### 01/01/2012 to 01/01/2013

| | Loc No. | Named Insured | FEIN | Street Address | City | State | ZIP | Ins. Type | Carrier | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | All | Starts, Inc. | All | 1312 N. Scottsdale Road | Scottsdale | AZ | 85257 | Property | Lexington Insurance | 358236186 |
| | | Star Buffet, Inc. and | | | | | | | | |
| | | subsidiaries | | | | | | | | |
| | | | | | | | | | | |
| | All | Starts, Inc. | All | 1312 N. Scottsdale Road | Scottsdale | AZ | 85257 | General | Ace American Insurance | PMIG23860612005 |
| | | Star Buffet, Inc. and | | | | | | Liability | | |
| | | subsidiaries | | | | | | | | |
| | | | | | | | | | | |
| | 551 | Barn Restaurants, Inc. | 27-2939098 | 3801 University Dr NW | Huntsville | AL | 35816-3143 | Workers Comp | LM Insurance Corp (Liberty Mutual) | WC5-35S-527868-012 |
| | | | | | | | | | | |
| | 553 | Barn Restaurants, Inc. | 27-2939098 | 1111 S Caraway Rd | Jonesboro | AR | 72401-4570 | Workers Comp | LM Insurance Corp (Liberty Mutual) | WC5-35S-527868-012 |
| | | | | | | | | | | |
| | 522 | HTAF, Inc. | 27-4275302 | 1312 N Scottsdale Rd | Scottsdale | AZ | 85257 | Workers Comp | Travelers Prop & Cas | 6JUB-4997P02-9-12 |
| | 533 | HTAF, Inc. | 27-4275302 | 2595 S 4th Ave | Yuma | AZ | 85364 | | | |
| | | | | | | | | | | |
| | 361 | Casa Bonita Denver Inc. | 27-3659847 | 6715 W Colfax | Denver | CO | 80214 | Workers Comp | Pinnacle Assurance | 4154027 |
| | | | | | | | | | | |
| | 462 | Florida Buffet Holdings Inc. | 80-0479713 | 1101 Gold Finch Dr | Plant City | FL | 33566 | Workers Comp | Florida Workers Compensation | 2847C499 |
| | 466 | Florida Buffet Holdings Inc. | 80-0479713 | 150 N Nova Rd | Ormond Beach | FL | 32174 | | Joint Underwriting Association | |
| | 445 | Florida Buffet Holdings Inc. | 80-0479713 | 3125 Columbia Blvd | Titusville | FL | 32780 | | | |
| | | | | | | | | | | |
| | 388 | JB's Star Holdings Inc. | 27-1484858 | 704 W. Appleway Ave. | Coeur d'Alene | ID | 83814 | Workers Comp | Travelers Prop & Cas | 6JUB-4985P33-2-12 |
| | 389 | JB's Star Holdings Inc. | 27-1484858 | 150 W Main | Rexburg | ID | 83440 | | | |
| | | | | | | | | | | |
| | 422 | Sizzlin Star Inc. | 27-1485417 | 1533 Simpson Hwy 49 | Magee | MS | 39111 | Workers Comp | LM Insurance Corp. (Liberty Mutual) | WC5-35S-527845-012 |
| | | | | | | | | | | |
| | 567 | Barn Restaurants, Inc. | 27-2939098 | 803 S Gloster Street | Tupelo | MS | 38801 | Workers Comp | AMFed Ins Co | WC212-0019064 |
| | | | | | | | | | | |
| | 376 | JB's Star Holdings Inc. | 27-1484858 | 630 N. Montana Ave. | Helena | MT | 59601 | Workers Comp | Montana State Fund | 06-390572-3 |
| | 383 | JB's Star Holdings Inc. | 27-1484858 | 1322 10th Ave S | Great Falls | MT | 59405 | | | |
| | 384 | JB's Star Holdings Inc. | 27-1484858 | 910 Grand Ave | Billings | MT | 59102 | | | |
| | | | | | | | | | | |
| | 391 | 4B's Holdngs Inc. | 27-1485088 | 1406 S Haynes Ave | Miles City | MT | 59301 | Workers Comp | Montana State Fund | 06-390556-6 |

Insurance Attachment for MORs

| | Loc No. | Named Insured | FEIN | Street Address | City | State | ZIP | Ins. Type | Carrier | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | 392 | 4B's Holdngs Inc. | 27-1485088 | 4610 Tenth Ave S | Great Falls | MT | 59405 | | | |
| | 393 | 4B's Holdngs Inc. | 27-1485088 | 604 W 1st St | Havre | MT | 59501 | | | |
| | 394 | 4B's Holdngs Inc. | 27-1485088 | 1210 N Main | Deer Lodge | MT | 59722 | | | |
| | 395 | 4B's Holdngs Inc. | 27-1485088 | 1935 Dewey Blvd | Butte | MT | 59701 | | | |
| | 396 | 4B's Holdngs Inc. | 27-1485088 | 40768 Mt Hwy 35E | Polson | MT | 59860 | | | |
| | 397 | 4B's Holdngs Inc. | 27-1485088 | 8050 Hwy 10 West | Missoula | MT | 59808 | | | |
| | | | | | | | | | | |
| | 304 | KB's Star Holdings Inc. | 27-1527486 | 200 E Estrella | Tucumcari | NM | 88401 | Workers Comp | NM Mutual Cas Co | 72860-101AR |
| | | | | | | | | | | |
| | 341 | Star Texas Restaurants Inc. | 26-2369492 | 601 S 1st St | Artesia | NM | 88210 | Workers Comp | Mountain State Mutual | WCA 0087764 01 05 |
| | | | | | | | | | | |
| | 573 | Barn Restaurants, Inc. | 27-2939098 | 660 Carriage House  Dr | Jackson | TN | 39211 | Workers Comp | Riverport Ins Co | WC-41-92-022048-00 |
| | | | | | | | | | | |
| | 342 | Star Texas Restaurants Inc. | 26-2369492 | 1010 Hwy 54 E | Dalhart | TX | 79022 | Workers Comp | Texas Mutual | Q003066072 |
| | 307 | KB's Star Holdings Inc. | 27-1527486 | 2200 Lubbuck Hwy | Lamesa | TX | 79331 | | | |
| | 308 | Star Texas Restaurants Inc. | 26-2369492 | 1800 S Dumas Ave | Dumas | TX | 79029 | | | |
| | | | | | | | | | | |
| | 378 | JB's Star Holdings Inc. | 27-1484858 | 475 W Main St | Vernal | UT | 84078 | Workers Comp | Utah - Workers Comp Fund | 3285156 |
| | 379 | JB's Star Holdings Inc. | 27-1484858 | 510 S Main St | Richfield | UT | 84701 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



**SUNTRUST**

# Account
# Statement

STAR BUFFET DEBTOR IN BANKRUPTCY BY
RON DOWDY CHAPTER 11 TRUSTEE
CASE # 211-BK-27518
1312 N SCOTTSDALE RD
SCOTTSDALE AZ 85257

Questions? Please call
1-800-786-8787

THE PERFECT GIFT.
THIS HOLIDAY SEASON IS EASY TO BUY EVERYONE EXACTLY WHAT THEY WANT. SUNTRUST
GIFT CARDS MAKE GREAT GIFTS FOR FAMILY, FRIENDS AND BUSINESS ASSOCIATES.
VISIT A SUNTRUST BRANCH TO PURCHASE GIFT CARDS TODAY.

| Account Summary | Account Type | | | Account Number | | | | Statement Period | |
|---|---|---|---|---|---|---|---|---|---|
| | EVERYDAY CHECKING | | | 1000145722798 | | | | 09/29/2012 - 11/30/2012 | |

| | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | Beginning Balance | $3,009.55 | Average Balance | $4,804.65 |
| | Deposits/Credits | $5,509.84 | Average Collected Balance | $4,454.87 |
| | Checks | $325.00 | Number of Days in Statement Period | 63 |
| | Withdrawals/Debits | $.00 | | |
| | Ending Balance | $8,194.39 | | |

| Deposits/ Credits | Date | Amount | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11/09 | 5,509.84 | DEPOSIT | | | | | | |

Deposits/Credits: 1     Total Items Deposited: 2

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 116 | 325.00 | 11/06 | | | | | | |

Checks: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 09/29 | 3,009.55 | 3,009.55 | 11/09 | 8,194.39 | 2,685.39 |
| | 11/06 | 2,684.55 | 2,684.55 | 11/13 | 8,194.39 | 8,194.39 |