**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **STAR BUFFET, INC.,** | **Jointly Administered** |
| Debtor. | **Case Nos.: 2:11-bk-27518 and 2:11-bk-27713** |
| **In re:** | |
| **SUMMIT FAMILY RESTAURANTS, INC.,** | **FOURTH AND FINAL APPLICATION FOR AWARD OF FEES TO COUNSEL FOR THE DEBTOR** |
| Debtor. | |
| THIS FILING APPLIES TO: | |
| ___ BOTH DEBTORS | |
| _X_ STAR BUFFET, INC. | |
| ___ SUMMIT FAMILY RESTAURANTS, INC. | |

Pursuant to 11 U.S.C. § 330 and Rule 2016, Rules of Bankruptcy Procedure, Forrester & Worth, PLLC ("**Applicant**"), counsel for Debtors, hereby applies to the Court for the allowance of its fees in the amount of $55,232.50 and costs in the amount of $2,277.72 for the time period from October 1, 2012 through January 17, 2013. This is Applicant's fourth and final application for fees and costs in this case. This Application is supported by the

accompanying Memorandum of Points and Authorities, the accompanying Declaration of S. Cary Forrester, the detailed billing statements attached thereto, and the summary sheet attached hereto.

### MEMORANDUM OF POINTS AND AUTHORITIES

A.     **Narrative Summary.**

1.     On September 28, 2011, Star Buffet, Inc. ("**Star**") filed a petition for relief under Chapter 11 of Title 11, U.S. Code.

2.     On September 29, 2011, Summit Family Restaurants, Inc. ("**Summit**") filed a petition for relief under Chapter 11 of Title 11, U.S. Code.

3.     On September 29, 2011, Star filed an application to employ Applicant as counsel.

4.     On September 30, 2011, the court entered its order approving the employment of Applicant as counsel for Star (Dkt # 14).

5.     On October 14, 2011 the court entered an order allowing these two bankruptcy cases to be jointly administered.

6.     A joint official committee of unsecured creditors (the "**Committee**") was appointed on November 1, 2011.

7.     On July 17, 2012, the court entered its order authorizing the retention of Perkins Coie LLP as counsel for the official joint committee of unsecured creditors (Dkt #242).

8.     Summit is a wholly-owned subsidiary of Star, which is a publicly traded restaurant holding company. Summit owns or leases eight restaurants that are operated by other Star subsidiaries.

9.     Applicant seeks an award of fees in the amount of $55,232.50 and costs in the amount of $2,277.72.

10.     The services rendered by Applicant are detailed below and in the attached billing statements.

11.     Applicant billed for its services at the following agreed upon rates:

S. Cary Forrester          $400

John R. Worth              $350

Carrie Lawrence            $125

These rates are comparable to the rates charged by other attorneys of similar experience and expertise in Phoenix, Arizona.

12.     None of the time spent in regard to the matters described herein was wasted, inappropriate, or unnecessary to the proper discharge of Applicant's duties.

13.     Applicant received a prepetition retainer, paid in two installments, in the total amount of $56,039 (of which $1,039 represented the filing fee). Services rendered prior to the bankruptcy filing were paid from the retainer prior to the bankruptcy filing. A balance of $48,539 remained at the time of the bankruptcy filing, and has been applied to subsequent billings as approved by the court. There are no pre-agreed caps or limits on the fees or other amounts that Applicant charges.

14.     Payment of Applicant's fees has been guaranteed by Star's subsidiaries.

15.     Applicant has received no payment from any source for the fees and costs sought in this Application.

16.     Applicant represents that it has performed the services set forth in the attached billing statements and is entitled to compensation therefore, and that the services were reasonable, necessary and benefited Star.

17.     Applicant filed three previous interim applications for compensation. In the first interim application, filed on March 9, 2012, Applicant sought an award of $25,695 in fees and $1,545.45 in reimbursable costs. The

first application was granted in full on April 24, 2012 and was paid in full by applying Applicant's prepetition retainer. In the second interim application, filed on June 13, 2012, Applicant sought an award of $35,895.00 in fees and $878.42 in reimbursable costs. The second application was granted in full on July 12, 2012. The $21,298.55 balance of the retainer was applied on July 19, 2012. The remaining balance of $15,474.87 was paid on August 28, 2012 with a check from Star's subsidiary, Starts, Inc. The third application was granted in full on November 30, 2012 and was paid on January 29, 2013 with a check from Star's subsidiary, Starts, Inc.

B. **Case Status.**

1. Debtors' Joint Plan of Reorganization Dated March 26, 2012 [DE 112] and Disclosure Statement Accompanying Debtors' Joint Plan of Reorganization Dated March 26, 2012 [DE 113] were filed on March 26, 2012.

2. Debtors' First Amended Joint Plan of Reorganization Dated May 24, 2012 [DE 143] and Disclosure Statement Accompanying Debtors' First Amended Joint Plan of Reorganization Dated May 24, 2012 [DE 144] were filed on May 24, 2012.

3. Debtors' Second Amended Joint Plan of Reorganization Dated October 17, 2012 (the "**Plan**") [DE 267] was filed on October 17, 2012

4. The Plan provides for the payment in full of all allowed claims, with interest. The amounts owing to the senior secured creditor, Wells Fargo Bank, and various taxing authorities will be paid over not more than four years, the amounts owing to the mortgage holder on two restaurants will be paid over five years, and the amounts owing to general unsecured creditors will be paid over a period of not more than five to seven years.

5. An initial confirmation hearing was held on July 12, 2012, was continued to October 22, 2012, and was continued again to December 3, 2012,

and was continued again to December 6, 2012, at which time the court ruled that the Plan would be confirmed.

6.      The order confirming the Plan was entered on December 17, 2012.

7.      To the best of Applicant's knowledge, all fees owing to the Office of the United States Trustee have been paid. All required Monthly Reports have been filed, with the exception of the report due for January of 2013.

C.    **Project Summaries.**

Applicant's services during the period covered by this Application were focused on plan confirmation issues. The services rendered by Applicant have been divided into the following categories: (1) Case Administration; (2) Plan and Disclosure Statement; (3) Claims Administration and Objections; and (4) Fee/Employment Applications. These categories differ from those suggested in the United States Trustee's fee application guidelines only to the extent necessary to provide a coherent description of the services rendered.

1.  CASE ADMINISTRATION

Applicant assisted Star in filing monthly operating reports and responding to an informational request from Wells Fargo.

The time devoted to these matters was 0.3 hours, for which Applicant seeks $120 in fees.

2.  PLAN AND DISCLOSURE STATEMENT

Applicant assisted Star in addressing various plan-related issues; reviewing and responding to informational requests from the Committee; coordinating with Debtor's financial advisor in addressing plan feasibility issues; negotiating and communicating with the Committee and other parties; preparing for and attending status hearings on Plan confirmation and Plan confirmation hearings; filing a motion for protective order to curtail document production to the committee and attending a hearing on that motion; preparing

and filing briefs in support of Plan confirmation; preparing the Plan confirmation order and related findings of fact and conclusions of law; and, preparing a memorandum to management regarding plan implementation.

The time devoted to these matters was 130.5 hours, for which Applicant seeks $51,970.00 in fees.

3.  CLAIMS ADMINISTRATION AND OBJECTIONS

Applicant assisted Star in analyzing the security for Wells Fargo's claim; reviewing and analyzing other claims; dealing with various claims-related issues; and communicating with creditors in regard to their claims.

The time devoted to these matters was 4.7 hours, for which Applicant seeks $1,880 in fees.

4.  FEE/EMPLOYMENT APPLICATIONS

Applicant prepared its third interim fee application and related documents; prepared Sierra Consulting's first interim fee application and related documents; and reviewed various invoices.

The time devoted to these matters was 3.5 hours, for which Applicant seeks $1,262.50 in fees.

D.  **Evaluation Standards.**

1.  In preparing this application, Applicant has considered the factors that are relevant to the Court's consideration of this application, including the following:

a.  The time and labor required;

b.  The reasonableness of the hours reported;

c.  The skill required to perform the work properly;

d.  The preclusion of other employment due to acceptance of this case;

e.  The reasonableness of Applicant's hourly rates;

f.     The time limitations imposed by the circumstances of this case; and,

g.     Awards in similar cases.

After review of these factors, Applicant believes that this Application should be granted in full, as requested.

2.     Applicant has no agreement of any kind, express or implied, to divide with any other person or entity any portion of the compensation sought or to be received by it. There is on file the necessary statement required by Bankruptcy Rule 2016 and 11 U.S.C. § 329, both of which are incorporated herein by reference.

3.     This Application was submitted to Star for review and approval on January 29, 2013.  Applicant has received no response from Star.

WHEREFORE, Applicant requests:

(1)    That Applicant be awarded fees in the amount of $55,232.50 and costs in the amount of $2,277.72 for the time period from October 1, 2012 through January 17, 2013;

(2)    That Star be authorized and instructed to pay Applicant the total of $57,510.22.

Dated February 14, 2013.

FORRESTER & WORTH, PLLC


/s/ SCF (006342)
S. Cary Forrester
Counsel for Debtors

Copy e-mailed or mailed February 14,
2013 to the following parties:

Office of U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Ustpregion14.px.ecf@usdoj.gov

Craig Solomon Ganz, Esq.
Gallagher & Kennedy, PA
2575 East Camelback Road
Phoenix, Arizona 85016
craig.ganz@gknet.com
jane.hernandez@gknet.com
*Attorneys for Spirit Master Funding*

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 43204
rtucker@simon.com
rwoodruff@simon.com
cmartin@simon.com
psummers@simon.com
antimm@simon.com

Wells Fargo Bank, N.A.
c/o Michele Sabo Assayag, Esq.
Jaime K. Shean, Esq.
Assayag Mauss
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
efilings@amlegalgroup.com
jaimes@amlegalgroup.com

Jeffrey C. Hampton, Esq.
Melissa W. Rand, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jhampton@saul.com
mrand@saul.com
*Attorneys for U.S. Foodservice, Inc.*

Sarah D. Moyed, Esq.
Bankruptcy Counsel
United States Securities and
Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
moyeds@sec.gov

Thomas E. Littler, Esq.
Robert C. Warnicke, Esq.
Gordon Silver
One E. Washington Street, Suite 400
Phoenix, Arizona 85004
tlittler@gordonsilver.com
rwarnicke@gordonsilver.com
phxbknotices@gordonsilver.com
*Attorneys for JB's Family Restaurant*

Thomas H. Allen, Esq.
Michael A. Jones, Esq.
Allen, Sala & Bayne, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
tallen@asbazlaw.com
mjones@asbazlaw.com
rnieto@asbazlaw.com
asbecf@asbazlaw.com
mhinshaw@asbazlaw.com
atty_asb@trustesolutions.com
cmcdonald@asbazlaw.com
*Attorneys for Tinsley Hospitality Group, LLC; Edward R. Tinsley, III; Flying W. Diamond Ranch, Inc.; K-Bob's U.S.A., Inc. and K-Bob's Capital Resource Group, LTD*

Joseph Wm. Kruchek, Esq.
Kelley E. Braden, Esq.
Kutak Rock, LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
joe.kruchek@kutakrock.com
kelley.braden@kutakrock.com
Rebekah.poston@kutakrock.com
*Attorneys for Wells Fargo Bank, N.A.*

John G. Sinodis, Esq.
Bryan W. Goodman, Esq.
Jennings, Haug & Cunningham, LLP
2800 North Central Avenue
Suite 1800
Phoenix, Arizona 85004-1049
jgs@jhc-law.com
bwg@jhc-law.com
ab@jhc-law.com
*Attorneys for Oshunola, LLC and Nareke, LLC*

Steven C. Mahaffy, Esq.
Mahaffy Law Firm, P.C.
P.O. Box 12959
Chandler, Arizona 85248
steve@mahaffylaw.com
*Attorneys for Michael D. Naumes and Susan F. Naumes*

K & A Brasher LLC
c/o Kenny Brasher
P.O. Box 2699
West Monroe, LA 71294
kennybrasher@comcast.net
fbking10@comcast.net

Tinsley Hospitality Group LLC:
K-BOB'S USA Inc.,
Flying W Diamond Ranch Inc.,
K-BOB'S Capital Resource Group
Attn: Ed Tinsley
141 E. Palace Avenue
Santa Fe, NM 87501

Dean M. Dinner, Esq.
Nussbaum Gillis & Dinner, P.C.
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
ddinner@ngdlaw.com
*Attorneys for Platinum Bank*

John M. Koneck, Esq.
Fredrikson & Byron, P.A.
Suite 4000
200 South Sixth Street
Minneapolis MN 55402-1425
jkoneck@fredlaw.com
*Attorneys for AEI Fund Management*

Spirit Master Funding LLC
Attn: Sean Hufford
14631 N. Scottsdale Road #200
Scottsdale, AZ 85254

Donald F. Ennis, Esq.
Benjamin W. Reeves, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
dfennis@swlaw.com
breeves@swlaw.com
*Attorneys for Stockman Bank of Montana*

Schuyler G. Carroll, Esq.
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
scarroll@perkinscoie.com
*Proposed Attorneys for Official Joint Committee of Unsecured Creditors*

Gammage & Burnham P.L.C.
Attention: Gregory J. Gnepper
Two North Central Avenue, 15th Fl.
Phoenix, Arizona 85004
kblakley@gblaw.com
*Attorneys for Greenway Leasing, L.P.*

Andrew A. Harnisch, Esq.
Jaclyn D. Foutz, Esq.
Ballard Spahr
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
harischa@ballardspahr.com
foutz@ballardspahr.com
*Attorneys for Mid South Partners*

Tennessee Department of Revenue
c/oTN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

/s/ Carrie Lawrence
Carrie Lawrence

# FEE APPLICATION SUMMARY SHEET

| In re:<br><br>**STAR BUFFET, INC.**,<br><br>Debtor. | **Chapter 11**<br><br>**Jointly Administered** | Fees Previously Requested: $106,950.00<br>Fees Previously Awarded $106,950.00<br>Expenses Previously Requested: $2,889.96<br>Expenses Previously Awarded: $2,889.96<br>Retainer Paid: $56,039.00 | Name of Applicant:<br>Forrester & Worth, PLLC<br><br>Role: Counsel for the Debtor |
|---|---|---|---|
| In re:<br><br>**SUMMIT FAMILY RESTAURANTS, INC.**,<br><br>Debtor. | **Case Nos.:**<br><br>**2:11-bk-27518**<br>**and**<br>**2:11-bk-27713** | | Current Application<br>Fees Requested: $55,232.50<br>Expenses Requested: $2,277.72<br><br>Total: $57,510.22 |

THIS FILING APPLIES TO:

___ BOTH DEBTORS

_X_ STAR BUFFET, INC.

___ SUMMIT FAMILY RESTAURANTS, INC.

| NAME OF PROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED IN CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| S. Cary Forrester | 1980 | 133.9 | $400 | $53,560.00 |
| John R. Worth | 1989 | 4.6 | $350 | $1,610.00 |
| Carrie Lawrence | N/A | .5 | $125 | $62.50 |
| **TOTAL** | | 139 | | $55,232.50 |

**BLENDED HOURLY RATE: $397.56**

**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **STAR BUFFET, INC.,** | **Jointly Administered** |
| Debtor. | **Case Nos.: 2:11-bk-27518 and 2:11-bk-27713** |
| **In re:** | **DECLARATION OF S. CARY FORRESTER IN SUPPORT OF FOURTH APPLICATION FOR AWARD OF FEES TO COUNSEL FOR THE DEBTOR** |
| **SUMMIT FAMILY RESTAURANTS, INC.,** | |
| Debtor. | |
| THIS FILING APPLIES TO: | |
| ___ BOTH DEBTORS | |
| X STAR BUFFET, INC. | |
| ___ SUMMIT FAMILY RESTAURANTS, INC. | |

S. Cary Forrester hereby states as follows under penalty of perjury:

1.     I am a member of Forrester & Worth, PLLC ("**F&W**"), counsel for Debtors in this case.

2.     I have reviewed the accompanying Fourth Application for Award of Fees to Counsel for the Debtor (the "**Application**"), and the matters set forth therein are true and correct of my own knowledge.

3.     F&W received two prepetition retainers from Star Buffet, Inc. in the total amount of $56,039. Services rendered prior to the bankruptcy filing were paid from the retainer prior to the bankruptcy filing, and the balance was applied to subsequent billings as approved by the court.

4.     There are no pre-agreed caps or limits on the fees or other amounts that F&W charges.

5.     The rates charged on this matter are comparable with those charged by other attorneys of similar experience and expertise in Phoenix, Arizona. None of the time spent in regard to these matters was wasted, inappropriate, or unnecessary.

6.     The total time that F&W spent in regard to this case was 139 hours, for which it seeks compensation in the total amount of $55,532.50, plus $2,277.72 in costs.

7.     A true and correct copy of F&W's billing statement is attached hereto. The services rendered by F&W are accurately described in the Application and in the billing statement.

8.     I have considered a number of factors, including the time and labor required; the reasonableness of the hours reported; the nature of the issues addressed; the skill required to perform the services; the reasonableness of the hourly rates charged; the customary fees charged for similar work; and, the risk of nonpayment, and I believe that the Application should be granted in full.

9.     F&W has not agreed to share its compensation with anyone.

Dated February 14, 2013.

/s/ SCF 006342

S. Cary Forrester

# Forrester & Worth, PLLC

3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012-1927
(602) 258-2729

Statement as of January 17, 2013
Statement No. 5335

Star Buffet, Inc.
Robert E. Wheaton
Robert E. Wheaton, CEO/President
Star Buffet, Inc.
1312 N. Scottsdale Road
Scottsdale, Arizona 85257

Matter ID:  1011-001

Chapter 11 Bankruptcy

| **Professional Fees** | | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 0000 | | | | | | |
| 005 | Case Administration | | | | | |
| 10/12/2012 | scf | 005 | Exchange emails with Ron Dowdy regarding Monthly Operating Reports | 0.10 | 400.00 | 40.00 |
| 10/19/2012 | scf | 005 | Review and file Monthly Operating Report (.1) | 0.10 | 400.00 | 40.00 |
| 11/16/2012 | scf | 005 | Review email from Elizabeth Mattis regarding informational request from Wells Fargo and email to Ron Dowdy regarding same (.1) | 0.10 | 400.00 | 40.00 |
| | | | 005 Sub-total: | 0.30 | | 120.00 |
| 006 | Plan and Disclosure Statement | | | | | |
| 10/1/2012 | scf | 006 | Review various emails from Richard Feferman regarding financial information and projections (.1) review supporting documents forwarded by Ron Dowdy (.1) | 0.20 | 400.00 | 80.00 |
| 10/2/2012 | scf | 006 | Review emails from Ron Dowdy and Ted Burr regarding responses to additional informational requests from the committee (.1) Telephone conference with Ted Burr regarding same and regarding his report and his declaration (.2) review various emails regarding the committee's informational requests and telephone conference with Ted Burr regarding same (.3) review emails concerning document production, update list of remaining items and email to Ted regarding same (.3) Telephone conference with Ron Dowdy regarding same (.1) Telephone conference with Ted Burr regarding same (.1) review memo from Bob Wheaton regarding same and email to committee professionals regarding | 3.40 | 400.00 | 1,360.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | same (.7) continue drafting response to objections to plan confirmation (1.6) |  |  |  |
| 10/3/2012 | scf | 006 | Review emails from Ron Dowdy with additional financial information for the committee and telephone conference with Ron regarding same (.3) Telephone conference with Ted Burr regarding same (.1) Review and revise response to objections to the plan (1.8) review emails with addtional financial information for the committee's professionals (.2) Review email from Schuyler Carrol regarding same (.1) | 2.50 | 400.00 | 1,000.00 |
| 10/3/2012 | jrw | 006 | Work with Cary on analysis of issues related to plan confirmation | 0.20 | 350.00 | 70.00 |
| 10/4/2012 | scf | 006 | Telephone conference with Ron Dowdy regarding email from Schuyler Carrol regarding plan projections versus actual results (.3) Review email from Bob Wheaton regarding same (.1) Telephone conference with Schuyler Carrol regarding same (1) telephone conference with Ted Burr regarding same and his report (.2) Telephone conference with Ted Burr and Lynne Bouvea regarding same (.2) Conference call with Ted Burr, Lynne Bouvea and Ron Dowdy regarding cash flow projections and updated operating results (1.0); begin outlining declarations for Ted and Bob Wheaton (.4) | 2.30 | 400.00 | 920.00 |
| 10/5/2012 | scf | 006 | Review email from Schuyler Carrol regarding changed cash flow projections due to ceasing operations at 6 stores (.1) review cash flow projections and two telephone conference with Ron Dowdy regarding same (.5) Telephone conference with Ted Burr regarding same (.1) Email to Schuyler Carrol regarding same (.1) Telephone conference with Bob Wheaton regarding same and his declaration (.3) | 1.10 | 400.00 | 440.00 |
| 10/7/2012 | scf | 006 | Begin drafting declarations for Bob Wheaton and Ted Burr in support of plan confirmation (4.9) | 4.90 | 400.00 | 1,960.00 |
| 10/8/2012 | scf | 006 | Review various emails from Ron Dowdy and emails from Ted Burr to Richard Feferman with additional financial information regarding plan projections (.5) Telephone conference with Ted Burrr regarding same and his report (.3) Telephone conference with Ron Dowdy regarding information for the declarations (.4); review and revise the declarations (.4) revise and finalize reply to objections and cite check all cases (1.3) meet with Ted Burr and Lynne Bouvea to discuss their report and their analysis of feasibility (.7) | 3.60 | 400.00 | 1,440.00 |
| 10/8/2012 | jrw | 006 | Review and revise reply in support of plan | 0.80 | 350.00 | 280.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | confirmation and make changes and work with Cary on analysis of plan confirmation issues and trial strategy | | | |
| 10/9/2012 | scf | 006 | Review emails and memo's regarding informational requests to the committee (.3) Telephone conference with Ron Dowdy regarding same (.1) Email to Ted Burr and Lynne Bouvea regarding same (.1) prepare for and attend status hearing (1.8) Telephone conference with Ron regarding same and possible postponement (.1) Telephone conference with Ted Burr regarding same and conference call with the committee's professionals (.1) Telephone conference with Lynne Bouvea regarding same and revised cash flow projections (.2) Exchange emails with Schuyler Carroll regarding same (.1) Exchange emails with Richard Feferman regarding same (.1) | 2.90 | 400.00 | 1,160.00 |
| 10/10/2012 | scf | 006 | Review updated information regarding cash flow projections (.1) Telephone conference with Ron regarding backup for revised cash flow projections (.1) Exchange emails with shareholder regarding recent restaurant closures (.1) Telephone conference with Bob Wheaton regarding timing of plan confirmation hearing and issues raised thus far by the committee (.5) Telephone conference with Ted Burr regarding same (.1) Telephone conference with Ted regarding his conference call with Richard Feferman and Lynne Bouvea and timing of his report (.4) | 1.30 | 400.00 | 520.00 |
| 10/11/2012 | scf | 006 | Review revised cash flow projections and G&A detail (.5) review rental income projections (.1) review financial reports forwarded to Richard Feferman (.3) | 0.90 | 400.00 | 360.00 |
| 10/12/2012 | scf | 006 | Review email from Bob Wheaton with revised declaration in support of plan confirmation (.1) review emails from Ron and Lynne Bouvea with updated financial information (.2) | 0.30 | 400.00 | 120.00 |
| 10/15/2012 | scf | 006 | Review additional financial information provided to the committee and email exchange between Lynne Bouvea and Richard Feferman regarding same (.4) Review and revise Bob Wheaton's declaration in support of plan confirmation and note discussion points (.4) Telephone conference with Ted Burr regarding same and regarding his report (.3) Exchange emails with Richard Feferman and Schuyler Carroll regarding additional informational requests (.1) Telephone conference with Ron Dowdy regarding all the above (.3) Telephone | 2.30 | 400.00 | 920.00 |

|            |     |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |      |        |          |
|------------|-----|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
|            |     |     | conference with Schuyler Carroll regarding informational requests by the committee (.2) Review email from and telephone conference with Ron Dowdy regarding revisions to Bob Wheaton's declaration and supporting schedules and regarding ownership of Rexburg property and necessary revisions to the plan (.4) Review and revise declaration (.2)                                                                                                                  |      |        |          |
| 10/16/2012 | scf | 006 | Draft notice of plan amendment, amend plan to deal with Naisbitt claim secured by the Rexburg property, and amend Schedule 1 (2.1) Telephone conference with Ron Dowdy and email to Ron regarding same (.2) review committee's request to postpone the hearing and email to client team regarding same (.2) Telephone conference with Bob Wheaton regarding same (.1) Exchange emails with committee professionals and Ron Dowdy regarding same (.2) Telephone conference with Ron Dowdy regarding same (.1) draft motion to determine that plan amendments are non-adverse and to provide limited notice to Naisbitt (1.7) | 4.50 | 400.00 | 1,800.00 |
| 10/17/2012 | scf | 006 | Review email from Ron Dowdy regarding all the above and telephone conference with Ron regarding same (.1) Telephone conference with Bob Wheaton regarding same (.1) revise and finalize notices and motion (.2) prepare for and attend continued plan confirmation hearing and meet with Bob Wheaton afterwards to discuss various plan related issues (2.3) Telephone conference with Ted Burr regarding same (.2) Exchange emails with Dean Dinner regarding treatment of Platinum Bank's claim (.1) Telephone conference with Lynne Bouvea regarding meeting with Richard Feferman (.1) Telephone conference with Ron Dowdy regarding same (.1) Email to Schuyler Carroll and Richard Feferman regarding completing information gathering and filing reports (.3) | 3.50 | 400.00 | 1,400.00 |
| 10/18/2012 | scf | 006 | Telephone conference with Ron Dowdy regarding cash flow projections (.1) Two telephone conferences with Ted Burr and Lynne Bouvea regarding their report and supporting exhibits (.4)                                                                                                                                                                                                                                                                              | 0.50 | 400.00 | 200.00   |
| 10/19/2012 | scf | 006 | Telephone conference with Schuyler Carroll regarding remaining discovery and pre-trial schedule (.3) Telephone conference with Ron Dowdy regarding same (.1)                                                                                                                                                                                                                                                                                                       | 0.40 | 400.00 | 160.00   |
| 10/22/2012 | scf | 006 | Prepare for continued hearing on discovery and pretrial scheduling and review outstanding informational requests from the committee (.8) Telephone conference with Schuyler Carroll                                                                                                                                                                                                                                                                                | 3.40 | 400.00 | 1,360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding same and pre-trial schedule (.2) two emails to client regarding same (.2) Telephone conference with Patty Chan regarding US Trustee's objections to confirmation and scheduling of hearing on injunction issues (.4) draft form of notice to Naisbitt regarding plan confirmation hearing (.4) attend status hearing on plan confirmation (1.4) | | | |
| 10/23/2012 | scf | 006 | Review email from Richard Feferman with voluminous informational requests and email to Schuyler Carrol regarding same (.8) Telephone conference with Ted Burr regarding same (.2) email to parties regarding status hearing on objections to the plan (.1) | 1.10 | 400.00 | 440.00 |
| 10/24/2012 | scf | 006 | Telephone conference with Schuyler Carrol regarding discovery requests and the committee's plan objections (.9) Telephone conference with Ron Dowdy regarding same (.2) Conference with John Worth regarding discovery dispute and motion for protective order (.2) begin drafting motion for protective order (2.1); draft order granting motion to determne that plan amendments are non-adverse (.5) compile and serve plan documents on Naisbitt (.1) | 4.00 | 400.00 | 1,600.00 |
| 10/24/2012 | jrw | 006 | Work with Cary on analysis of the Committee's ongoing discovery abuses and best way forward | 0.40 | 350.00 | 140.00 |
| 10/25/2012 | scf | 006 | Review and revise motion for protective order to end discovery by the committee and accompanying declaration of counsel (3.1) Telephone conference with investor Robin Haller regarding status of plan confirmation (.1) Two telephone conferences with Ron Dowdy regarding the motion for protective order (.4) Telephone conference with Ted Burr regarding same and his meeting with Richard Feferman (.2) Telephone conference with Bob Wheaton regarding all the above (.3); draft motion for accelerated hearing on motion for protective order and form of order (.6) | 4.70 | 400.00 | 1,880.00 |
| 10/30/2012 | scf | 006 | Exchange emails with Schuyler Carroll regarding the committee's demands regarding plan amendments (.1) Exchange emails with Greg Gnepper regarding Greenway's plan objections (.1) | 0.20 | 400.00 | 80.00 |
| 10/31/2012 | scf | 006 | Telephone conference with Ron Dowdy regarding his meeting with Richard Feferman (.1) | 0.10 | 400.00 | 40.00 |
| 11/1/2012 | scf | 006 | Review motion for protective order and prepare for hearing (.5) Telephone conference with Schuyler Carroll regarding the motion for | 3.00 | 400.00 | 1,200.00 |

|            |     |     |                                                                                                                                                                                                                                                                                                                                                                          |      |        |          |
|------------|-----|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
|            |     |     | protective order (.1) telephone conference with Ron Dowdy regarding today's hearing and upcoming hearing schedule (.1) draft order granting motion (.3) draft order approving stiipulation as to plan treatment of Platinum Bank's claim (.3) attend hearing on motion for protective order (1.6) Exchange emails with Schuyler Carroll regarding the form of order (.1) |      |        |          |
| 11/2/2012  | scf | 006 | Review old email from Lynne Bouvea to Richard Feferman with financial projections and backup information (.1) Email to Ron Dowdy with redline of Bob Wheaton's declaration (.1) Telephone conference with Schuyler Carroll regarding protective order and plan confirmation issues (.3)                                                                                   | 0.50 | 400.00 | 200.00   |
| 11/5/2012  | scf | 006 | Telephone conference with Ted Burr regarding his report and presentation of evidence at plan confirmation hearing (.2) Telephone conference with Ron Dowdy regarding same and plan discovery (.1) begin reviewing documents in preparation for confirmation hearing and list of exhibits (1.4)                                                                           | 1.70 | 400.00 | 680.00   |
| 11/6/2012  | scf | 006 | Review financial materials and select those to be introduced in evidence at plan confirmation hearing and identify confirmation issues (2.9) review Bob Wheaton's deposition and identify confirmation issues (1.1) Telephone conference with Ron Dowdy regarding cash flow projections and tax liabilities and email to Ron regarding same (.3) Attempt to reach (no charge) Bob Wheaton regarding same | 4.30 | 400.00 | 1,720.00 |
| 11/7/2012  | scf | 006 | Telephone conference with investor Ben Rosensweig regarding the plan (.3) continue reviewing documents, identifying exhibits and revising declarations for confirmation hearing (3.1) draft schedule of listed real estate (.7) Telephone conference with Ron Dowdy regarding same (.1) Attempt to reach (no charge) Bob Wheaton regarding same | 4.20 | 400.00 | 1,680.00 |
| 11/8/2012  | scf | 006 | Telephone conference with Ron Dowdy to walk through evidence issues and updated declarations (.2) Revise declarations of Bob Wheaton and Ted Burr and emails to Ron and Ted regarding same (.9)                                                                                                                                                                          | 1.10 | 400.00 | 440.00   |
| 11/9/2012  | scf | 006 | Review email from Schuyler Carroll regarding committee's demands to resolve plan objections (.2) Telephone conference with Ron Dowdy regarding same (.2)                                                                                                                                                                                                                 | 0.40 | 400.00 | 160.00   |
| 11/11/2012 | scf | 006 | Review draft report from Ted Burr and outline discussion points and comments (2.4) review email from Schuyler Carroll with list of demands from the committee, review Wells Fargo                                                                                                                                                                                        | 3.80 | 400.00 | 1,520.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | mortgages regarding alleged limitations, outline comments, draft responses, and email to Ron Dowdy regarding same (1.4) | | | |
| 11/12/2012 | scf | 006 | Prepare for and meet with Ted Burr and Lynne Bouvea regarding the draft report, Ted's testimony and issues raised by the committee (4.1) two telephone conferences with Ron regarding same and other plan-related matters and email to Ron regarding same (.2) revise Ted's declaration (.2) draft list of witnesses and exhibits (.9) | 5.40 | 400.00 | 2,160.00 |
| 11/13/2012 | scf | 006 | Prepare for and participate in telephone call with Bob Wheaton regarding various plan issues, response to committee's settlement outline, his declaration and other plan-related issues (1.9) Review and revise declarations of Bob Wheaton and Ted Burr and email to Ted regarding same (.8) prepare response to the committee's settlement outline and email to Schuyler Carroll regarding same (.4) conference with John Worth regarding the declarations and the list of witnesses and exhibits (.3) | 3.40 | 400.00 | 1,360.00 |
| 11/13/2012 | jrw | 006 | Read through Wheaton and Burr declarations and list of witnesses and exhibits, suggest changes to declarations, and work with Cary on analysis of plan confirmation issues and trial strategy | 1.20 | 350.00 | 420.00 |
| 11/14/2012 | scf | 006 | Telephone conference with Ron Dowdy regarding changes to Ted Burr's and Bob Wheaton's declarations (.5) review redline of Bob's declaration, make final changes, and email to Ron Dowdy regarding same (.6) revise Ted's declaration and email to Ted regarding same (.2) Telephone conference with Ron regarding all the above (.1) finalize list of witnesses and exhibits (.2) Telephone conference with Ron Dowdy regarding Bob's declaration (.1) review final report from Ted Burr and telephone conference with Ted regarding same (.6) | 2.30 | 400.00 | 920.00 |
| 11/15/2012 | scf | 006 | Review email from Schuyler Carroll regarding committee's failure to file anything by the deadline and telephone conference with Ron Dowdy regarding same (.1) Telephone conference with Ted Burr regarding same (.1) | 0.20 | 400.00 | 80.00 |
| 11/16/2012 | scf | 006 | Telephone conference with Ron Dowdy regarding the confirmation hearing and plan related matters (.2) Telephone conference with shareholder Ben Rosensweig regarding status of plan confirmation and his discussions with committee counsel (.2) | 0.40 | 400.00 | 160.00 |
| 11/20/2012 | scf | 006 | Begin drafting brief in support of plan | 3.10 | 400.00 | 1,240.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | confirmation (1.9 ); telephone conference with Craig Ganz regarding negotiations with the committee (.1) Telephone conference with Schuyler Carroll regarding various plan issues (.8) Telephone conference with Ron Dowdy regarding same (.3) |  |  |  |
| 11/21/2012 | scf | 006 | Review settlement term sheet from the Committee and draft memorandum to Bob Wheaton regarding same and alternatives (1.6) Telephone conference with Ted Burr regarding same and preparing his testimoney (.1) Telephone conference with Bob Wheaton regarding the Committee's demands (.1) | 1.80 | 400.00 | 720.00 |
| 11/23/2012 | scf | 006 | Continue drafting brief in support of plan confirmation (2.7) | 2.70 | 400.00 | 1,080.00 |
| 11/26/2012 | scf | 006 | Telephone conference with Bob Wheaton regarding negotiations with the committee over various plan issue (.3) Exchange emails with Ted Burr regarding same and meeting to prepare his testimony (.1) outline counteroffer to the Committee and telephone conference with Bob Wheaton regarding same (.8) Telephone conference with Joe Kruchek regarding possible joinder by Wells Fargo in debtor's response to plan objections (.2) | 1.40 | 400.00 | 560.00 |
| 11/27/2012 | scf | 006 | Prepare for and attend status hearing on plan confirmation (1.1) Telephone conference with Bob Wheaton regarding same, negotiations with the Committee and other plan confirmation issues (.3) Telephone conference with Greg Gnepper regarding Greenway's plan objection (.1) review declarations, report and other evidence and prepare for meetings with Bob Wheaton and Ted Burr to prepare for their testimony at the plan confirmation hearing (2.2) | 3.70 | 400.00 | 1,480.00 |
| 11/27/2012 | jrw | 006 | Prepare for meeting with Cary regarding plan confirmation trial strategy (review declarations of Ted Burr and Bob Wheaton and reply in support of plan confirmation) and work with Cary on trial strategy (develop redirect testimony for Bob, develop key themes, and outline arguments) | 1.70 | 350.00 | 595.00 |
| 11/28/2012 | scf | 006 | Meet with Ted Burr to prepare his testimony for the confirmation hearing (2.4) Telephone conference with Bob regarding same and negotiations with the committee (.3) Telephone conference with Ben Rosensweig regarding status of plan confirmation proceedings (.1) Telephone conference with Schuyler Carroll regarding settlement with the committee (.6) Telephone conference with Ron Dowdy regarding same (.2) | 3.60 | 400.00 | 1,440.00 |

| 11/29/2012 | scf | 006 | Exchange emails with Schuyler Carroll regarding the disbursing agent (.1) Telephone conference with Greg Marble regarding resolving the IRS's plan objections (.3) Telephone conference with Ted Burr regarding settlement with the committee and selection of disbursing agent (.1) Telephone conference with Bob Wheaton regarding settlement with the committee and proposed resolution of the IRS objections (.3) draft stipulation to resolve the Committee's objections to the plan and email to Schuyler Carroll and Ron Dowdy regarding same (2.4) | 3.20 | 400.00 | 1,280.00 |
|---|---|---|---|---|---|---|
| 12/1/2012 | scf | 006 | Exchange emails with Schuyler Carroll regarding finalizing the stipulation and exchange emails with Craig Ganz regarding the settlement and withdrawal of Spirit's objection (.1) review draft objection by the IRS and email to Ron Dowdy and Bob Wheaton regarding same (.2) Telephone conference with Ron Dowdy regarding same (.3) | 0.60 | 400.00 | 240.00 |
| 12/2/2012 | scf | 006 | Draft stipulation to resolve the IRS's objections and email to Ron Dowdy and Bob Wheaton regarding same (1.2) review US Trustee's sur-reply to her objection (.2) Telephone conference with Schuyler Carroll regarding revisions to the stipulation (.7) revise stipulation and email to Schuyler Carroll and client regarding same (.8) Telephone conference with Bob Wheaton regarding same (.3) Telephone conference with Ron Dowdy regarding same (.1) Review email from Schuyler Carroll with clean up changes and further revise the stipulation (.3) Exchange emails with Schuyler Carroll and Ron Dowdy regarding same (.1) | 3.70 | 400.00 | 1,480.00 |
| 12/3/2012 | scf | 006 | Prepare for and attend hearing on plan confirmation (2.2) Exchange emails with Tom Littler, attorney for JBs, regarding same (.1) continue work on stipulation to resolve the IRS's concerns and fax to Greg Marble regarding same and email to clients regarding same (.4) | 2.70 | 400.00 | 1,080.00 |
| 12/4/2012 | scf | 006 | Telephone conference with Greg Marble regarding resolution of IRS's objections to the plan (.2) Telephone conference with Ron Dowdy regarding same (.1) Telephone conference with Ron Dowdy regarding disbursing agent and liquidating agent (.1) | 0.40 | 400.00 | 160.00 |
| 12/5/2012 | scf | 006 | Analyze impact of possible amendment of the IRS claim and telephone conference with Ron Dowdy regarding same (.6) Telephone conference with Ted Burr regarding same (.1) review briefs and case law and prepare for oral argument on injunction and exculpation issues | 4.90 | 400.00 | 1,960.00 |

|            |     |     |                                                                                                                                                                                                                                                                                                              |      |        |          |
|------------|-----|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
|            |     |     | (3.6) Telephone conference with David Reaves regarding serving as disbursing agent and liquidating agent (.3) Telephone conference with Schuyler Carroll regarding same (.2) second telephone conference with Schuyler Carroll regarding same and alternative candidate (.1)                                    |      |        |          |
| 12/5/2012  | jrw | 006 | Work with Cary on settlement with the IRS and selection of disbursing agent                                                                                                                                                                                                                                  | 0.30 | 350.00 | 105.00   |
| 12/6/2012  | scf | 006 | Prepare for and attend continued plan confirmation hearing (3.8)                                                                                                                                                                                                                                             | 3.80 | 400.00 | 1,520.00 |
| 12/10/2012 | scf | 006 | Draft findings of fact and conclusions of law in regard to plan confirmation order (1.4) draft plan confirmation order (2.3)                                                                                                                                                                                 | 3.70 | 400.00 | 1,480.00 |
| 12/11/2012 | scf | 006 | Exchange emails with Schuyler Carroll and emails to Brian Mullen and David Reaves regarding terms of engagement to serve as disbursing agent and liquidating agent (.3) Review and revise findings of fact and confirmation order (.8) Exchange emails with David Reaves regarding same (.1) Telephone conference with Ron Dowdy regarding the confirmation order (.1) | 1.30 | 400.00 | 520.00   |
| 12/12/2012 | scf | 006 | Telephone conference with Brian Mullen and exchange emails with Dave Reaves regarding their proposals for serving as liquidating and disbursing agents (.3) Email to Patty Chan regarding the confirmation order (.1) review Patty's comments to the draft order, revise order and email to Patty regarding same (.4) | 0.80 | 400.00 | 320.00   |
| 12/13/2012 | scf | 006 | Exchange emails with Patty Chan regarding final form of confirmation order (.1) draft notice of filing candidates to serve as liquidating agent and disbursing agent (1.1)                                                                                                                                     | 1.20 | 400.00 | 480.00   |
| 12/14/2012 | scf | 006 | Telephone conference with Schuyler Carroll regarding liquidating agent and disbursing agent (.1) review his proposal and email to and telephone conference with Ron Dowdy regarding same (.1)                                                                                                                  | 0.20 | 400.00 | 80.00    |
| 12/17/2012 | scf | 006 | Exchange emails with Schuyler Carroll regarding selection of disbursing agent (.1)                                                                                                                                                                                                                           | 0.10 | 400.00 | 40.00    |
| 1/9/2013   | scf | 006 | Continue drafting plan implementation memo (.9)                                                                                                                                                                                                                                                              | 0.90 | 400.00 | 360.00   |
| 1/10/2013  | scf | 006 | Continue drafting memorandum regarding plan implementation (1.1)                                                                                                                                                                                                                                             | 1.10 | 400.00 | 440.00   |
| 1/11/2013  | scf | 006 | Telephone conference with Ron Dowdy regarding plan implementation and payments due on the effective date and shortly thereafter (.3) continue working on memorandum regarding same (.9)                                                                                                                        | 1.20 | 400.00 | 480.00   |

| 1/14/2013 | scf | 006 | Revise and finalize memo to management regarding plan implementation (.8) Email to and telephone conference with Ron Dowdy regarding same (.2) | 1.00 | 400.00 | 400.00 |
|---|---|---|---|---|---|---|

|  |  |  | 006 Sub-total: | 130.50 |  | 51,970.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 130.80 |  | 52,090.00 |

**0100**

**010      Claims Administration and Objections**

| 10/3/2012 | scf | 010 | Review email from Justin Blackwell regarding the collateral for Wells Fargo's loan (.2) Legal research regarding perfection of security interest in stock (2.1) | 2.30 | 400.00 | 920.00 |
|---|---|---|---|---|---|---|
| 10/4/2012 | scf | 010 | Telephone conference with Michele Assayag regarding same (.2) | 0.20 | 400.00 | 80.00 |
| 11/19/2012 | scf | 010 | Review file and outline exposure on Tinsley claims (.5) review preliminary claims ananlysis and outline likely number for GUC's (.6) review background information on Greenway's claim (.5) | 1.60 | 400.00 | 640.00 |
| 11/27/2012 | scf | 010 | Telephone conference with Greg Marble, IRS counsel, regarding the IRS claims and the plan (.2) conference call with Greg, Ron Dowdy and Sharon Harris, IRS agent, regarding same (.3) | 0.50 | 400.00 | 200.00 |
| 11/28/2012 | scf | 010 | Telephone conference with Ron Dowdy regarding the IRS claim (.1) | 0.10 | 400.00 | 40.00 |

|  |  |  | 010 Sub-total: | 4.70 |  | 1,880.00 |
|---|---|---|---|---|---|---|

**013      Fee/Employment Applications**

| 10/1/2012 | scf | 013 | Review Perkins Coie invoice for August and email to Ron Dowdy regarding same (.1) | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|---|
| 10/5/2012 | scf | 013 | Begin drafting third interim fee application (.7) | 0.70 | 400.00 | 280.00 |
| 10/12/2012 | scf | 013 | Review and revise third interim fee application, accompanying declaration, summary sheet and notice of filing and email to Ron Dowdy regarding same (1.1) | 1.10 | 400.00 | 440.00 |
| 11/2/2012 | scf | 013 | Review email from Ted Burr with Sierra's first invoice and email to Ron Dowdy regarding same (.2) | 0.20 | 400.00 | 80.00 |
| 11/26/2012 | cal | 013 | Draft Sierra Consulting fee application, summary sheet, and bar date notice | 0.50 | 125.00 | 62.50 |
| 11/30/2012 | scf | 013 | Review and revise application for award of fees and costs to Sierra Consulting, form of notice and summary sheet (.9) | 0.90 | 400.00 | 360.00 |

| | | |
|---|---|---|
| 013 Sub-total: | 3.50 | 1,262.50 |
| | 8.20 | 3,142.50 |
| | Sub-total Fees: | 55,232.50 |

### Rate Summary

| | | |
|---|---|---|
| S. Cary Forrester | 133.90 hours at $400.00/hr | 53,560.00 |
| Carrie A. Lawrence | 0.50 hours at $125.00/hr | 62.50 |
| John R. Worth | 4.60 hours at $350.00/hr | 1,610.00 |
| Total hours: | 139.00 | |

**Expenses**

| | | | |
|---|---|---|---|
| 10/11/2012 | 010 | Mass Mailing | 237.54 |
| 10/31/2012 | 013 | Mass Mailing | 96.16 |
| 11/26/2012 | 006 | Mass Mailing - Solicitation Package | 1,550.00 |
| 12/18/2012 | 006 | Mass Mailing | 88.52 |
| 12/28/2012 | 006 | Mass Mailing | 305.50 |
| | | Sub-total Expenses: | 2,277.72 |

**Payments**

| | | | |
|---|---|---|---|
| 1/28/2013 | Payment | | 45,826.09 |
| | Sub-total Payments: | | 45,826.09 |

| | |
|---|---|
| Total Current Billing: | 57,510.22 |
| Previous Balance Due: | 0.00 |
| **Total Now Due:** | **57,510.22** |