**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR THE DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** <br> STAR BUFFET, INC., <br>                       **Debtor.** | Chapter 11 <br> Jointly Administered <br> Case Nos.: 2:11-bk-27518 and <br>                 2:11-bk-27713 |
| **In re:** <br> SUMMIT FAMILY RESTAURANTS, INC., <br>                       **Debtor.** | **FOURTH AND FINAL APPLICATION FOR AWARD OF FEES TO COUNSEL FOR THE DEBTOR** |
| THIS FILING APPLIES TO: <br>    ___   BOTH DEBTORS <br>    ___   STAR BUFFET, INC. <br>    _X_   SUMMIT FAMILY RESTAURANTS, INC. | |

Pursuant to 11 U.S.C. § 330 and Rule 2016, Rules of Bankruptcy Procedure, Forrester & Worth, PLLC ("**Applicant**"), counsel for Debtors, hereby applies to the Court for the allowance of its fees in the amount of $8,845.00 and costs in the amount of $1,668.52 for the time period from October 1, 2012 through January 17, 2013. This is Applicant's fourth and final application for fees and costs in this case. This Application is

supported by the accompanying Memorandum of Points and Authorities, the accompanying Declaration of S. Cary Forrester, the detailed billing statements attached thereto, and the summary sheet attached hereto.

### MEMORANDUM OF POINTS AND AUTHORITIES

A.  **Narrative Summary.**

1.  On September 28, 2011, Star Buffet, Inc. ("**Star**") filed a petition for relief under Chapter 11 of Title 11, U.S. Code.

2.  On September 29, 2011, Summit Family Restaurants, Inc. ("**Summit**") filed a petition for relief under Chapter 11 of Title 11, U.S. Code.

3.  On September 29, 2011, Star filed an application to employ Applicant as counsel.

4.  On September 30, 2011, the court entered its order approving the employment of Applicant as counsel for Star (Dkt # 14).

5.  On October 14, 2011 the court entered an order allowing these two bankruptcy cases to be jointly administered.

6.  A joint official committee of unsecured creditors (the "**Committee**") was appointed on November 1, 2011.

7.  On July 17, 2012, the court entered its order authorizing the retention of Perkins Coie LLP as counsel for the Committee (Dkt #242).

8.  Summit is a wholly-owned subsidiary of Star, which is a publicly traded restaurant holding company. Summit owns or leases eight restaurants that are operated by other Star subsidiaries.

9.  Applicant seeks an award of fees in the amount of $8,845.00 and costs in the amount of $1,668.52.

10.  The services rendered by Applicant are detailed below and in the attached billing statement.

11. Applicant billed for its services at the following agreed upon rates:

| | |
|---|---|
| S. Cary Forrester | $400 |
| John R. Worth | $350 |

These rates are comparable to the rates charged by other attorneys of similar experience and expertise in Phoenix, Arizona.

11. None of the time spent in regard to the matters described herein was wasted, inappropriate, or unnecessary to the proper discharge of Applicant's duties.

12. Applicant received a prepetition retainer, paid in three installments, in the total amount of $26,039 (of which $1,039 represented the filing fee). Services rendered prior to the bankruptcy filing were paid from the retainer prior to the bankruptcy filing. A balance of $25,039 remained at the time of the bankruptcy filing, which was applied to subsequent billings as approved by the court. There are no pre-agreed caps or limits on the fees or other amounts that Applicant charges.

13. Payment of Applicant's fees has been guaranteed by Summit's parent and sister companies.

14. Applicant has received no payment from any source for the fees and costs sought in this Application.

15. Applicant represents that it has performed the services set forth in the attached billing statement and is entitled to compensation therefore, and that the services were reasonable, necessary, and benefited Summit.

16. Applicant has filed three previous interim applications for compensation. In the first interim application, filed on March 9, 2012,

Applicant sought an award of $34,527.50 in fees and $1,069.00 in reimbursable costs. The first application was granted in full on April 24, 2012 and was paid by applying the prepetition retainer of $26,039, with the balance being paid with a check from Summit's affiliate, Starts, Inc. In the second interim application, filed on June 13, 2012, Applicant sought an award of $33,660.00 in fees and $2,352.28 in reimbursable costs. The second application was granted in full on July 12, 2012 and was paid on August 28, 2012, also with a check from Starts, Inc. In the third interim fee application, filed on October 31, 2012, Applicant sought an award of $22,660 in fees and $399.51 in reimbursable costs. The third application was granted in full on November 30, 2012 and was paid on January 29, 2013, also with a check from Starts, Inc.

B. **Case Status.**

1. Debtors' Joint Plan of Reorganization Dated March 26, 2012 [DE 112] and Disclosure Statement Accompanying Debtors' Joint Plan of Reorganization Dated March 26, 2012 [DE 113] were filed on March 26, 2012.

2. Debtors' First Amended Joint Plan of Reorganization Dated May 24, 2012 [DE 143] and Disclosure Statement Accompanying Debtors' First Amended Joint Plan of Reorganization Dated May 24, 2012 [DE 144] on May 24, 2012.

3. Debtors' Second Amended Joint Plan of Reorganization Dated October 17, 2012 (the "**Plan**") [DE 267] was filed on October 17, 2012

4. The Plan provides for the payment in full of all allowed claims, with interest. The amounts owing to the senior secured creditor, Wells Fargo Bank, and various taxing authorities will be paid over not more than four years, the amounts owing to the mortgage holder on two

restaurants will be paid over five years, and the amounts owing to general unsecured creditors will be paid over a period of not more than five to seven years.

5. An initial confirmation hearing was held on July 12, 2012, was continued to October 22, 2012, was continued again to December 3, 2012, and was continued again until December 6, 2012, at which time the court ruled that the Plan would be confirmed.

6. The order confirming the Plan was entered on December 17, 2012, and the Plan became effective on January 17, 2013.

7. To the best of Applicant's knowledge, all required Monthly Reports have been filed, with the exception of the report due for January of 2013

    C. **Project Summaries.**

The services rendered by Applicant have been divided into the following categories: (1) Case Administration; (2) Plan and Disclosure Statement; (3) Tinsley Litigation; and, (4) Fee/Employment Applications. These categories differ from those suggested in the United States Trustee's fee application guidelines only to the extent necessary to provide a coherent description of the services rendered.

    1. CASE ADMINISTRATION

Applicant prepared an amendment to the schedules to add certain real property in Rexburg, Idaho and a secured mortgage claim by Naisbitt Investment Company; and reviewed and filed Summit's monthly operating report.

The time devoted to this matter was .5 hours, for which Applicant seeks $200 in fees.

Case 2:11-bk-27518-GBN    Doc 331    Filed 02/14/13    Entered 02/14/13 12:06:06    Desc
Main Document    Page 5 of 19

2. PLAN AND DISCLOSURE STATEMENT

Applicant prepared a memorandum to management concerning implementation of the confirmed Plan.

The time devoted to this matter was 1.1 hours, for which Applicant seeks $440 in fees.

3. TINSLEY LITIGATION

Applicant assisted Summit in extensive settlement negotiations, formulating litigation strategy, and analyzing alternatives.

The time devoted to these matters was 20.6 hours, for which Applicant seeks $8,845 in fees.

4. FEE/EMPOYMENT APPLICATIONS

Applicant prepared and filed its third interim fee application and related documents.

The time devoted to these matters was 1.5 hours, for which Applicant seeks $600 in fees.

D. **Evaluation Standards.**

1. In preparing this application, Applicant has considered the factors that are relevant to the Court's consideration of this application, including the following:

   a. The time and labor required;
   b. The reasonableness of the hours reported;
   c. The skill required to perform the work properly;
   d. The preclusion of other employment due to acceptance of this case;
   e. The reasonableness of Applicant's hourly rates;
   f. The time limitations imposed by the circumstances of this case; and,

g. Awards in similar cases.

After review of these factors, Applicant believes that this Application should be granted in full, as requested.

2. Applicant has no agreement of any kind, express or implied, to divide with any other person or entity any portion of the compensation sought or to be received by it. There is on file the necessary statement required by Bankruptcy Rule 2016 and 11 U.S.C. § 329, both of which are incorporated herein by reference.

3. This Application was submitted to Summit for review and approval on January 29, 2013. Applicant has received no response from Summit.

WHEREFORE, Applicant requests:

(1) That Applicant be awarded fees in the amount of $8,845 and costs in the amount of $1,668.52 for the time period from October 1, 2012 through January 17, 2013;

(2) That the court authorize and instruct Summit to pay Applicant the total of $10,513.52.

Dated February 14, 2013.

            FORRESTER & WORTH, PLLC

            /s/ SCF (006342)
            S. Cary Forrester
            Counsel for Debtors

Copy e-mailed or mailed February 14, 2013 to the following parties:

Office of U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Ustpregion14.px.ecf@usdoj.gov

Craig Solomon Ganz, Esq.
Gallagher & Kennedy, PA
2575 East Camelback Road
Phoenix, Arizona 85016
craig.ganz@gknet.com
jane.hernandez@gknet.com
*Attorneys for Spirit Master Funding*

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 43204
rtucker@simon.com
rwoodruff@simon.com
cmartin@simon.com
psummers@simon.com
antimm@simon.com

Wells Fargo Bank, N.A.
c/o Michele Sabo Assayag, Esq.
Jaime K. Shean, Esq.
Assayag Mauss
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
efilings@amlegalgroup.com
jaimes@amlegalgroup.com

Jeffrey C. Hampton, Esq.
Melissa W. Rand, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jhampton@saul.com
mrand@saul.com
*Attorneys for U.S. Foodservice, Inc.*

Sarah D. Moyed, Esq.
Bankruptcy Counsel
United States Securities and
Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
moyeds@sec.gov

| | |
|---|---|
| Thomas E. Littler, Esq.<br>Robert C. Warnicke, Esq.<br>Gordon Silver<br>One E. Washington Street, Suite 400<br>Phoenix, Arizona 85004<br>tlittler@gordonsilver.com<br>rwarnicke@gordonsilver.com<br>phxbknotices@gordonsilver.com<br>*Attorneys for JB's Family Restaurant* | Thomas H. Allen, Esq.<br>Michael A. Jones, Esq.<br>Allen, Sala & Bayne, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004<br>tallen@asbazlaw.com<br>mjones@asbazlaw.com<br>rnieto@asbazlaw.com<br>asbecf@asbazlaw.com<br>mhinshaw@asbazlaw.com<br>atty_asb@trustesolutions.com<br>cmcdonald@asbazlaw.com<br>*Attorneys for Tinsley Hospitality Group, LLC; Edward R. Tinsley, III; Flying W. Diamond Ranch, Inc.; K-Bob's U.S.A., Inc. and K-Bob's Capital Resource Group, LTD* |
| Joseph Wm. Kruchek, Esq.<br>Kelley E. Braden, Esq.<br>Kutak Rock, LLP<br>8601 N. Scottsdale Road, Suite 300<br>Scottsdale, Arizona 85253-2742<br>joe.kruchek@kutakrock.com<br>kelley.braden@kutakrock.com<br>Rebekah.poston@kutakrock.com<br>*Attorneys for Wells Fargo Bank, N.A.* | John G. Sinodis, Esq.<br>Bryan W. Goodman, Esq.<br>Jennings, Haug & Cunningham, LLP<br>2800 North Central Avenue<br>Suite 1800<br>Phoenix, Arizona 85004-1049<br>jgs@jhc-law.com<br>bwg@jhc-law.com<br>ab@jhc-law.com<br>*Attorneys for Oshunola, LLC and Nareke, LLC* |

Steven C. Mahaffy, Esq.  
Mahaffy Law Firm, P.C.  
P.O. Box 12959  
Chandler, Arizona 85248  
steve@mahaffylaw.com  
*Attorneys for Michael D. Naumes and Susan F. Naumes*

John M. Koneck, Esq.  
Fredrikson & Byron, P.A.  
Suite 4000  
200 South Sixth Street  
Minneapolis MN 55402-1425  
jkoneck@fredlaw.com  
*Attorneys for AEI Fund Management*

K & A Brasher LLC  
c/o Kenny Brasher  
P.O. Box 2699  
West Monroe, LA 71294  
kennybrasher@comcast.net  
fbking10@comcast.net

Spirit Master Funding LLC  
Attn: Sean Hufford  
14631 N. Scottsdale Road #200  
Scottsdale, AZ 85254

Tinsley Hospitality Group LLC:  
K-BOB'S USA Inc.,  
Flying W Diamond Ranch Inc.,  
K-BOB'S Capital Resource Group  
Attn: Ed Tinsley  
141 E. Palace Avenue  
Santa Fe, NM 87501

Dean M. Dinner, Esq.  
Nussbaum Gillis & Dinner, P.C.  
14500 N. Northsight Blvd., Suite 116  
Scottsdale, Arizona 85260  
ddinner@ngdlaw.com  
*Attorneys for Platinum Bank*

Gammage & Burnham P.L.C.  
Attention: Gregory J. Gnepper  
Two North Central Avenue, 15th Fl.  
Phoenix, Arizona 85004  
kblakley@gblaw.com  
*Attorneys for Greenway Leasing, L.P.*

Tennessee Department of Revenue  
c/o TN Attorney General's Office  
Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

| | |
|---|---|
| Schuyler G. Carroll, Esq. | Donald F. Ennis, Esq. |
| Perkins Coie LLP | Benjamin W. Reeves, Esq. |
| 30 Rockefeller Plaza, 25th Floor | Snell & Wilmer L.L.P. |
| New York, NY 10112 | One Arizona Center |
| scarroll@perkinscoie.com | 400 E. Van Buren |
| *Proposed Attorneys for Official Joint Committee of Unsecured Creditors* | Phoenix, Arizona 85004-2202 |
| | dfennis@swlaw.com |
| | breeves@swlaw.com |
| | *Attorneys for Stockman Bank of Montana* |

Andrew A. Harnisch, Esq.
Jaclyn D. Foutz, Esq.
Ballard Spahr
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
harischa@ballardspahr.com
foutz@ballardspahr.com
*Attorneys for Mid South Partners*


/s/ Carrie Lawrence

# FEE APPLICATION SUMMARY SHEET

| | | | | | |
|---|---|---|---|---|---|
| **In re:**<br>**STAR BUFFET, INC.,**<br>Debtor. | **Chapter 11**<br>**Jointly Administered**<br>**Case Nos.:**<br>2:11-bk-27518 and<br>2:11-bk-27713 | Fees Previously Requested:<br>Fees Previously Awarded<br>Expenses Previously Requested:<br>Expenses Previously Awarded:<br>Retainer Paid: | $90,847.50<br>$90,847.50<br><br>$3,820.79<br>$3,820.79<br>$26,039.00 | Name of Applicant:<br>Forrester & Worth, PLLC<br>Role: Counsel for the Debtor<br><br>Current Application<br>Fees Requested:<br>Expenses Requested:<br>Total: | <br><br><br><br><br>$8,845.00<br>$1,668.52<br>$10,513.52 |
| **In re:**<br>**SUMMIT FAMILY RESTAURANTS, INC.,**<br>Debtor. | | | | | |
| THIS FILING APPLIES TO:<br>___ BOTH DEBTORS<br>___ STAR BUFFET, INC.<br>_X_ SUMMIT FAMILY RESTAURANTS, INC. | | | | | |

| NAME OF PROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED IN CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| S. Cary Forrester | 1980 | 21.5 | $400 | 8,600.00 |
| John R. Worth | 1989 | 0.7 | $350 | 245.00 |
| **TOTAL** | | 22.2 | | 8,845.00 |
| | | **BLENDED HOURLY RATE: $398.42** | | |

**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
(602) 271-4250
(602) 271-4300 FAX
S. CARY FORRESTER (006342)
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** <br> **STAR BUFFET, INC.,** <br> Debtor. | **Chapter 11** <br> **Jointly Administered** <br> Case Nos.: 2:11-bk-27518 and 2:11-bk-27713 |
| **In re:** <br> **SUMMIT FAMILY RESTAURANTS, INC.,** <br> Debtor. | DECLARATION OF S. CARY FORRESTER IN SUPPORT OF FOURTH AND FINAL APPLICATION FOR AWARD OF FEES TO COUNSEL FOR THE DEBTOR |
| THIS FILING APPLIES TO: <br> ___ BOTH DEBTORS <br> ___ STAR BUFFET, INC. <br> _X_ SUMMIT FAMILY RESTAURANTS, INC. | |

S. Cary Forrester hereby states as follows under penalty of perjury:

1. I am a member of Forrester & Worth, PLLC ("**F&W**"), counsel for the debtors in this case.

2. I have reviewed the accompanying Fourth and Final Application for Award of Fees to Counsel for the Debtor (the "**Application**"), and the matters set forth therein are true and correct of my own knowledge.

3. F&W received two prepetition retainers from Summit Family Restaurants, Inc. in the total amount of $26,039. Services rendered prior to the bankruptcy filing were paid from the retainer prior to the bankruptcy filing. The balance of the retainer was applied to subsequent billings as approved by the court.

4. There are no pre-agreed caps or limits on the fees or other amounts that F&W charges.

5. The rates charged on this matter are comparable with those charged by other attorneys of similar experience and expertise in Phoenix, Arizona. None of the time spent in regard to these matters was wasted, inappropriate, or unnecessary.

6. The total time that F&W spent in regard to this case was 22.2 hours, for which it seeks compensation in the total amount of $8,845, plus $1,668.52 in costs.

7. A true and correct copy of F&W's billing statement is attached hereto. The services rendered by F&W are accurately described in the Application and in the billing statement.

8. I have considered a number of factors, including the time and labor required; the reasonableness of the hours reported; the nature of the issues addressed; the skill required to perform the services; the reasonableness of the hourly rates charged; the customary fees charged for similar work; and, the risk of nonpayment, and I believe that the Application should be granted in full.

9. F&W has not agreed to share its compensation with anyone.

Dated January 30, 2013.

/s/ SCF 006342
S. Cary Forrester

# Forrester & Worth, PLLC

3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012-1927
(602) 258-2729

Statement as of January 17, 2013
Statement No. 5336

Summit Family Restaurants, Inc.
Robert E. Wheaton
Robert E. Wheaton, CEO/President
Star Buffet, Inc.
1312 N. Scottsdale Road
Scottsdale, Arizona 85257

Matter ID: 1011-002

Chapter 11 Bankruptcy

| **Professional Fees** | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 0000 | | | | | |
| 005 Case Administration | | | | | |
| 10/16/2012 scf | 005 | Review email from Ron Dowdy and prepare amendment to schedules to add Rexburg real property and Naisbitt secured claim (.4) | 0.40 | 400.00 | 160.00 |
| 10/19/2012 scf | 005 | Review and file Monthly Operating Report (.1) | 0.10 | 400.00 | 40.00 |
| | | 005 Sub-total: | 0.50 | | 200.00 |
| 006 Plan and Disclosure Statement | | | | | |
| 1/8/2013 scf | 006 | Begin drafting memorandum to management regarding implementation of the plan (1.1) | 1.10 | 400.00 | 440.00 |
| | | 006 Sub-total: | 1.10 | | 440.00 |
| | | | 1.60 | | 640.00 |
| 0100 | | | | | |
| 012 Tinsley Litigation | | | | | |
| 10/1/2012 scf | 012 | Telephone conference with Mike Jones regarding settlement (.2) | 0.20 | 400.00 | 80.00 |
| 10/4/2012 scf | 012 | Review settlement offer from Mike Jones and email to Ron Dowdy regarding same (.1) | 0.10 | 400.00 | 40.00 |
| 10/5/2012 scf | 012 | Telephone conference with Bob Wheaton regarding same (.1) | 0.10 | 400.00 | 40.00 |
| 10/9/2012 scf | 012 | Review memo from Bob Wheaton regarding counteroffer to Tinsley (.1) Attempt to reach (no charge) Bob regarding same; telephone conference with Ron Dowdy regarding same (.1) Telephone conference with Mike Jones regarding same (.2) | 0.40 | 400.00 | 160.00 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2012 | scf | 012 | Telephone conference with Bob Wheaton regarding countering Tinsley's most recent settlement offer (.2) | 0.20 | 400.00 | 80.00 |
| 10/10/2012 | jrw | 012 | Work with Cary on analysis of Tinsley settlement negotiations, identify risks, and outline trial strategy | 0.10 | 350.00 | 35.00 |
| 10/11/2012 | scf | 012 | Telephone conference with Mike Jones regarding settlement (.1) | 0.10 | 400.00 | 40.00 |
| 10/16/2012 | scf | 012 | Review email from Mike Jones with counteroffer from Tinsley and telephone conference with Mike regarding same (.2) | 0.20 | 400.00 | 80.00 |
| 10/19/2012 | scf | 012 | Telephone conference with Mike Jones regarding counteroffer to Tinsley's most recent proposal (.2) Telephone conference with Dan Maynard regarding same and upcoming status hearing (.1) Telephone conference with Ron Dowdy regarding same (.1) | 0.40 | 400.00 | 160.00 |
| 10/31/2012 | scf | 012 | Conference with Mike Jones and Tom Allen regarding settlement counteroffer from Tinsley (.2) | 0.20 | 400.00 | 80.00 |
| 11/13/2012 | scf | 012 | Conference with Bob Wheaton regarding response to Tinsley's settlement proposal, exchange emails with Mike Jones regarding same and telephone conference with Bob Wheaton regarding same (.2) | 0.20 | 400.00 | 80.00 |
| 11/14/2012 | scf | 012 | Review counteroffer from Tinsley and email to Ron Dowdy and Bob Wheaton regarding same (.1) Telephone conference with Ron Dowdy regarding same (.1) | 0.20 | 400.00 | 80.00 |
| 11/15/2012 | scf | 012 | Telephone conference with Dan Maynard regarding settlement negotiations and the lawsuit (.2) Telephone conference with Bob Wheaton regarding same (.1) | 0.30 | 400.00 | 120.00 |
| 11/16/2012 | scf | 012 | Telephone conference with Ron Dowdy regarding status of negotiations with Tinsley (.1) | 0.10 | 400.00 | 40.00 |
| 11/19/2012 | scf | 012 | Telephone conference with Ron Dowdy regarding counteroffer to Tinsley (.1) Telephone conference with Mike Jones regarding same (.2) email from Mike and email to Ron with Tinsley's counteroffer (.1) | 0.40 | 400.00 | 160.00 |
| 11/20/2012 | scf | 012 | Telephone conference with Ron Dowdy regarding the Tinsley counteroffer (.1) Telephone conference with Bob Wheaton regarding same (.1) | 0.20 | 400.00 | 80.00 |
| 11/21/2012 | scf | 012 | Telephone conference with Bob Wheaton regarding settlement (.2) Telephone conference with and email to Mike Jones regarding same (.2) Telephone conference with Ron Dowdy regarding same (.1) | 0.50 | 400.00 | 200.00 |
| 11/26/2012 | jrw | 012 | Review proposed Tinsley settlement and note | 0.10 | 350.00 | 35.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | implications for plan confirmation | | | |
| 11/27/2012 | scf | 012 | Prepare for and attend status hearing (1.1) | 1.10 | 400.00 | 440.00 |
| 12/2/2012 | scf | 012 | Review draft settlement agreement prepared by Mike Jones (.5) begin making revisions and outlining comments (.8) | 1.30 | 400.00 | 520.00 |
| 12/3/2012 | scf | 012 | Continue redlining draft settlement agreement and email to client and co-counsel regarding same (.8) Telephone conference with Ron Dowdy regarding same (.3) | 1.10 | 400.00 | 440.00 |
| 12/4/2012 | scf | 012 | Telephone conference with Dan Maynard regarding the proposed settlement (.2) review license agreement regarding defined terms and required steps to de-identify and email to Dan Maynard regarding same (.4) | 0.60 | 400.00 | 240.00 |
| 12/10/2012 | scf | 012 | Telephone conference with Bob Wheaton regarding response to the draft settlement agreement (.2) Telephone conference with Tom Allen regarding same (.1) | 0.30 | 400.00 | 120.00 |
| 12/11/2012 | scf | 012 | Exchange emails with Mike Jones regarding status of the settlement (.1) | 0.10 | 400.00 | 40.00 |
| 12/12/2012 | scf | 012 | Review email from Bob Wheaton regarding postponing discussion of the settlement and email to Mike Jones regarding same (.1) | 0.10 | 400.00 | 40.00 |
| 12/13/2012 | scf | 012 | Telephone conference with Ron Dowdy regarding response to draft settlement agreement (.1) Telephone conference with Todd Brown regarding status of the settlement (.3) | 0.40 | 400.00 | 160.00 |
| 12/14/2012 | scf | 012 | Telephone conference with Ron Dowdy regarding same (.1) | 0.10 | 400.00 | 40.00 |
| 12/16/2012 | scf | 012 | Telephone conference with Bob Wheaton regarding the draft settlement agreements and alternatives (1.0) | 1.00 | 400.00 | 400.00 |
| 12/17/2012 | scf | 012 | Telephone conference with Mike Jones regarding concerns with the draft settlement agreement and possible alternative involving rejecting all three leases (.2) Review and revise redline of settlement agreement and email to Mike regarding same (.9) | 1.10 | 400.00 | 440.00 |
| 12/20/2012 | scf | 012 | Telephone conference with Mike Jones regarding settlement with Tinsley and possible surrender of the leases (.3) Telephone conference with Ron Dowdy regarding same (.2) review lease regarding ownership of equipment (.1) Two telephone conferences with Bob Wheaton regarding the above (.4) Third telephone conference with Bob Wheaton regarding same (.1) | 1.10 | 400.00 | 440.00 |
| 12/27/2012 | scf | 012 | Telephone conference with Mike Jones regarding settlement (.2) Telephone conference with Bob Wheaton regarding same (.1) | 0.30 | 400.00 | 120.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2012 | scf | 012 | Telephone conference with Mike Jones regarding settlement and email to client regarding same (.2) | 0.20 | 400.00 | 80.00 |
| 1/2/2013 | scf | 012 | Telephone conference with Tom Allen and Mike Jones regarding settlement (.2) Telephone conference with Bob Wheaton regarding same (.1) Telephone conference with Tom and Mike regarding same (.1) | 0.40 | 400.00 | 160.00 |
| 1/7/2013 | scf | 012 | Review email from Mike Jones with redline revisions to draft settlement agreement and email to client regarding same (.4); telephone conference with Ron Dowdy regarding same (.3) | 0.70 | 400.00 | 280.00 |
| 1/9/2013 | scf | 012 | Attempt to reach (no charge) Bob Wheaton regarding Tinsley's proposed revisions to the settlement agreement | 0.00 | 400.00 | 0.00 |
| 1/10/2013 | scf | 012 | Telephone conference with Dan Maynard regarding status of the adversary proceeding and settlement negotiations (.1) | 0.10 | 400.00 | 40.00 |
| 1/11/2013 | scf | 012 | Reveiw memorandum from Bob Wheaton regarding response to the most recent draft of the settlement agreement from Tinsley (.1) Telephone conference with Ron Dowdy regarding same (.2) conference call with Bob Wheaton and Ron Dowdy regarding same and alternatives (1.9) Review and revise draft and prepare email to Mike Jones regarding same (.2) Email to and telephone conference with Ron Dowdy regarding same (.1) Telephone conference with Ron and email to Mike Jones regarding same (.1) | 2.60 | 400.00 | 1,040.00 |
| 1/11/2013 | jrw | 012 | Work with Cary on analysis of issues related to Tinsley settlement | 0.50 | 350.00 | 175.00 |
| 1/15/2013 | scf | 012 | Draft declaration for Ron Dowdy regarding tax payments and email to Ron regarding same (.4) outline possible changes to the settlement agreement per yesterday's phone call with Ron (.2) Telephone conference with Mike Jones regarding same and getting signatures today (.2) finalize revised agreement and email to Mike Jones regarding sam (.1) Review email from Mike regarding same and telephone conference with Ron regarding same (.1) revise language regarding approval of insurance if liquor license is issued and email to Ron regarding same (.1) draft stipulation to extend deadline to reject the leases (.3) Telephone conference with Mike Jones regarding same and revise and file same (.3) Telephone conference with Ron Dowdy regarding same and paying the taxes (.1) | 1.80 | 400.00 | 720.00 |
| 1/16/2013 | scf | 012 | Exchange emails with Mike Jones regarding the liquor license issue and email to Ron Dowdy regarding same (.1) draft second stipulation, exchange emails with Mike Jones regarding same, and file same (.1) | 0.20 | 400.00 | 80.00 |

**Forrester & Worth, PLLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 5

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 012 Sub-total: | 19.10 | 7,605.00 |
| 013 | Fee/Employment Applications |  |  |  |  |  |
| 10/5/2012 | scf | 013 | Begin drafting third interim fee application (.6) | 0.60 | 400.00 | 240.00 |
| 10/12/2012 | scf | 013 | Review and revise third interim fee application, accompanying declaration, summary sheet and notice of filing and email to Ron Dowdy regarding same (.9) | 0.90 | 400.00 | 360.00 |
|  |  |  |  | 013 Sub-total: | 1.50 | 600.00 |
|  |  |  |  |  | 20.60 | 8,205.00 |
|  |  |  |  | Sub-total Fees: |  | 8,845.00 |

**Rate Summary**

| S. Cary Forrester | 21.50 hours at $400.00/hr | 8,600.00 |
|---|---|---|
| John R. Worth | 0.70 hours at $350.00/hr | 245.00 |
|  | Total hours: 22.20 |  |

**Expenses**

| 10/17/2012 |  | 005 | Filing Fee - Amendment to Schedule D |  | 30.00 |
|---|---|---|---|---|---|
| 11/26/2012 |  | 006 | Mass Mailing - Solicitation Package |  | 1,550.00 |
| 12/18/2012 |  | 006 | Mass Mailing |  | 88.52 |
|  |  |  |  | Sub-total Expenses: | 1,668.52 |

**Payments**

| 1/28/2013 | Payment |  | 23,059.51 |
|---|---|---|---|
|  |  | Sub-total Payments: | 23,059.51 |
|  |  | Total Current Billing: | 10,513.52 |