Richard M. Lorenzen, Bar No. 006787
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
RLorenzen@perkinscoie.com
Telephone:  602.351.8000
Facsimile:  602.648.7000

Schuyler G. Carroll, NY Bar No. 2511707
*(Pro Hac Vice pending)*
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone:  212.262.6905
Facsimile:  212.977.1636

*Attorneys for* Official Joint Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case No. 2:11-bk-27518-GBN and Case No. 2:11-bk-27713-GBN |
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | **NOTICE OF HEARING ON:**<br><br>**1.  AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS;**<br><br>and<br><br>**2.  FIRST AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISORS TO THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

Hearing Date: May 30, 2013
Hearing Time: 1:30 p.m.
Place:    Courtroom 702
          230 N. First Avenue
          Phoenix, Arizona

**PLEASE TAKE NOTICE** that a hearing on:

1. **AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS [DE 348];**

and

2. **FIRST AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISORS TO THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [DE 339]**

will be held at the United States Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom 702, Phoenix, Arizona, **on the 30th day of May, 2013, at 1:30 o'clock p.m.**

Dated: March 19, 2013                **PERKINS COIE LLP**

                                     By: */s/ Richard M. Lorenzen (006787)*
                                         Richard M. Lorenzen
                                         2901 N. Central Avenue, Suite 2000
                                         Phoenix, AZ  85012-2788

                                     Attorneys for Official Joint Committee of Unsecured Creditors

ORIGINAL electronically filed and
COPY served via email on March 19, 2013, to:

| | |
|---|---|
| John J. Hebert<br>Philip R. Rudd<br>Wesley D. Ray<br>**POLSINELLI SHUGHART**<br>One E. Washington, Suite 1200<br>Phoenix, AZ 85004<br>E-Mail: jhebert@polsinelli.com<br>E-Mail: prudd@polsinelli.com<br>E-Mail: wray@polsinelli.com<br>Attorneys for the Reorganized Debtors | Patty Chan<br>**OFFICE OF THE U.S. TRUSTEE**<br>230 N First Avenue, Suite 204<br>Phoenix, AZ 85003<br>Email: patty.chan@usdoj.gov<br><br>S. Cary Forrester<br>**FORRESTER & WORTH, PLLC**<br>3636 N Central Avenue, Suite 700<br>Phoenix, AZ 85012<br>Email: scf@forresterandworth.com<br>Attorneys for the *Debtors* |

Craig Solomon Ganz
**GALLAGHER & KENNEDY, PA**
2575 E Camelback Rd, Suite 1100
Phoenix, AZ 85016
Email: craig.ganz@gknet.com
Attorneys for *Spirit Master Funding LLC*

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204
Email: rtucker@simon.com
Attorneys for *Simon Property Group, Inc.*

Jeffrey C. Hampton
Melissa W. Rand
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jhampton@saul.com
Email: mrand@saul.com
Attorneys for *U.S. Foodservice, Inc.*

Michele Sabo Assayag
Jaime K. Shean
Elizabeth H. Mattis
**ASSAYAG MAUS**
2915 Redhill Avenue, Suite 200
Costa Mesa, CA 92626
Email: efilings@amlegalgroup.com
Attorneys for *Wells Fargo Bank, NA*

Joseph Wm. Kruchek
Kelley E. Braden
**KUTAK ROCK LLP**
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
Email: joe.kruchek@kutakrock.com
Email: kelley.braden@kutakrock.com
Attorneys for *Wells Fargo Bank, NA*

Thomas E. Littler
Robert C. Warnicke
**GORDON SILVER**
One E Washington Street, Suite 400
Phoenix, AZ 85004
Email: tlittler@gordonsilver.com
Email: rwarnicke@gordonsilver.com
Attorneys for *JB's Family Restaurant, Inc.*

Thomas H. Allen
Michael A. Jones
**ALLEN SALA & BAYNE, PLC**
1850 N Central Avenue, Suite 1150
Phoenix, AZ 85004
Email: tallen@asbazlaw.com
Email: mjones@asbazlaw.com
Attorneys for *Tinsley Hospitality Group, LLC*

John G. Sinodis
Bryan W. Goodman
**JENNINGS HAUG & CUNNINGHAM, LLP**
2800 N Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Email: jgs@jhc-law.com
Email: bwg@jhc-law.com
Attorneys for *Oshunola, LLC* and *Nareke, LLC*

John M. Koneck
**FREDRIKSON & BYRON, PA**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Email: jkoneck@fredlaw.com
Attorneys for *AEI Fund Management, Inc.*
Steven C. Mahaffy

**MAHAFFY LAW FIRM, PC**
P.O. Box 12959
Chandler, AZ 85248
Email: steve@mahaffylaw.com
Attorneys for *Michael D. Naumes* and *Susan F. Naumes*

Fred King
**FREDERICK B. KING, LLC**
1200 N. 18th Street, Suite AA
Monroe, LA 71201
Email: fbking10@comcast.net
Attorneys for *K & A Brasher, LLC*

Dean M. Dinner
**NUSSBAUM GILLIS & DINNER, PC**
14850 N. Scottsdale Blvd., Suite 450
Scottsdale, AZ 85254
Email: ddinner@ngdlaw.com
Attorneys for *Platinum Bank*

Gregory J. Gnepper
**GAMMAGE & BURNHAM**
Two North Central Avenue, 15th Floor
Phoenix, AZ 85004
Email: ggnepper@gblaw.com
Attorneys for *Greenway Leasing, LP*

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-0207
Email: gill.geldreich@ag.tn.gov
Attorneys for *Tennessee Department of Revenue*

Donald F. Ennis
Benjamin W. Reeves
**SNELL & WILMER, LLP**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Email: dfennis@swlaw.com
Email: breeves@swlaw.com
Attorneys for *Stockman Bank of Montana*

Andrew A. Harnisch
Jaclyn D. Foutz
**BALLARD SPAHR, LLP**
1 E. Washington Street, Suite 300
Phoenix, AZ 85004-2555
Email: harnischa@ballardspahr.com
Email: foutzj@ballardspahr.com
Attorneys for *Mid South Partners*

/s/ Kathryn Hardy

84882-0001/LEGAL26106679.1