Richard M. Lorenzen, Bar No. 006787
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Schuyler G. Carroll, NY Bar No. 2511707
*(Admitted Pro Hac Vice)*
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone: 212.262.6905
Facsimile: 212.977.1636

*Attorneys for* Official Joint Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case No. 2:11-bk-27518-GBN and<br>Case No. 2:11-bk-27713-GBN |
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>      Debtor. | **MOTION TO RESCHEDULE HEARINGS ON:**<br><br>**1. AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS;**<br><br>**and**<br><br>**2. FIRST AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISORS TO THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

|                                  |
|----------------------------------|

Hearing Date: May 30, 2013
Hearing Time: 1:30 p.m.
Place: Courtroom 702
230 N. First Avenue
Phoenix, Arizona

The Official Joint Committee of Unsecured Creditors (the "Committee"), by and through undersigned counsel, hereby files this motion seeking an order rescheduling the hearings on the *Amended First and Final Application for Award of Fees and Costs to Perkins Coie LLP as Counsel for the Official Joint Committee of Unsecured Creditors* [DE 348]; and the *First and Final Application of Corporate Recovery Associates, Business and Financial Advisors to the Official Joint Committee of Creditors Holding Unsecured Claims for Compensation and Reimbursement of Expenses* [DE 339], currently set for the 30th day of May, 2013, at 1:30 o'clock p.m. (the "Fee Application Hearing"). The Fee Application Hearings were noticed for May 30 without knowing that one of the attorneys for the Committee will be out of the country on May 30 and unavailable. The attorneys are available during the week of June 24, 2013 (except June 26), and in July 2013.

WHEREFORE, the Committee respectfully requests that the Court vacate the Fee Application Hearings currently scheduled for May 30, 2013, and reschedule the same to another date and time convenient to the Court's calendar.

Respectfully submitted this 8th day of April, 2013.

**PERKINS COIE LLP**

By: */s/ Richard M. Lorenzen (006787)*
Richard M. Lorenzen
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

*Attorneys for* Official Joint Committee of Unsecured Creditors

ORIGINAL electronically filed and
COPY served via email on April 8, 2013, to:

| | |
|---|---|
| John J. Hebert<br>Philip R. Rudd<br>Wesley D. Ray<br>**POLSINELLI SHUGHART**<br>One E. Washington, Suite 1200<br>Phoenix, AZ 85004<br>E-Mail: jhebert@polsinelli.com<br>E-Mail: prudd@polsinelli.com<br>E-Mail: wray@polsinelli.com<br>Attorneys for the Reorganized Debtors | Michele Sabo Assayag<br>Jaime K. Shean<br>Elizabeth H. Mattis<br>**ASSAYAG MAUS**<br>2915 Redhill Avenue, Suite 200<br>Costa Mesa, CA 92626<br>Email: efilings@amlegalgroup.com<br>Attorneys for *Wells Fargo Bank, NA* |
| Patty Chan<br>**OFFICE OF THE U.S. TRUSTEE**<br>230 N First Avenue, Suite 204<br>Phoenix, AZ 85003<br>Email: patty.chan@usdoj.gov | Joseph Wm. Kruchek<br>Kelley E. Braden<br>**KUTAK ROCK LLP**<br>8601 N. Scottsdale Road, Suite 300<br>Scottsdale, AZ 85253-2742<br>Email: joe.kruchek@kutakrock.com<br>Email: kelley.braden@kutakrock.com<br>Attorneys for *Wells Fargo Bank, NA* |
| S. Cary Forrester<br>**FORRESTER & WORTH, PLLC**<br>3636 N Central Avenue, Suite 700<br>Phoenix, AZ 85012<br>Email: scf@forresterandworth.com<br>Attorneys for the *Debtors* | Thomas E. Littler<br>Robert C. Warnicke<br>**GORDON SILVER**<br>One E Washington Street, Suite 400<br>Phoenix, AZ 85004<br>Email: tlittler@gordonsilver.com<br>Email: rwarnicke@gordonsilver.com<br>Attorneys for *JB's Family Restaurant, Inc.* |
| Craig Solomon Ganz<br>**GALLAGHER & KENNEDY, PA**<br>2575 E Camelback Rd, Suite 1100<br>Phoenix, AZ 85016<br>Email: craig.ganz@gknet.com<br>Attorneys for *Spirit Master Funding LLC* | Thomas H. Allen<br>Michael A. Jones<br>**ALLEN SALA & BAYNE, PLC**<br>1850 N Central Avenue, Suite 1150<br>Phoenix, AZ 85004<br>Email: tallen@asbazlaw.com<br>Email: mjones@asbazlaw.com<br>Attorneys for *Tinsley Hospitality Group, LLC* |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Email: rtucker@simon.com<br>Attorneys for *Simon Property Group, Inc.* | |
| Jeffrey C. Hampton<br>Melissa W. Rand<br>**SAUL EWING LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Email: jhampton@saul.com<br>Email: mrand@saul.com<br>Attorneys for *U.S. Foodservice, Inc.* | John G. Sinodis<br>Bryan W. Goodman<br>**JENNINGS HAUG & CUNNINGHAM, LLP**<br>2800 N Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049<br>Email: jgs@jhc-law.com<br>Email: bwg@jhc-law.com<br>Attorneys for *Oshunola, LLC* and *Nareke, LLC* |

| | |
|---|---|
| John M. Koneck<br>**FREDRIKSON & BYRON, PA**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>Email: jkoneck@fredlaw.com<br>Attorneys for *AEI Fund Management, Inc.* | Gregory J. Gnepper<br>**GAMMAGE & BURNHAM**<br>Two North Central Avenue, 15th Floor<br>Phoenix, AZ 85004<br>Email: ggnepper@gblaw.com<br>Attorneys for *Greenway Leasing, LP* |
| Steven C. Mahaffy<br>**MAHAFFY LAW FIRM, PC**<br>P.O. Box 12959<br>Chandler, AZ 85248<br>Email: steve@mahaffylaw.com<br>Attorneys for *Michael D. Naumes* and *Susan F. Naumes* | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-0207<br>Email: gill.geldreich@ag.tn.gov<br>Attorneys for *Tennessee Department of Revenue* |
| Fred King<br>**FREDERICK B. KING, LLC**<br>1200 N. 18th Street, Suite AA<br>Monroe, LA 71201<br>Email: fbking10@comcast.net<br>Attorneys for *K & A Brasher, LLC* | Donald F. Ennis<br>Benjamin W. Reeves<br>**SNELL & WILMER, LLP**<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Email: dfennis@swlaw.com<br>Email: breeves@swlaw.com<br>Attorneys for *Stockman Bank of Montana* |
| Dean M. Dinner<br>**NUSSBAUM GILLIS & DINNER, PC**<br>14850 N. Scottsdale Blvd., Suite 450<br>Scottsdale, AZ 85254<br>Email: ddinner@ngdlaw.com<br>Attorneys for *Platinum Bank* | Andrew A. Harnisch<br>Jaclyn D. Foutz<br>**BALLARD SPAHR, LLP**<br>1 E. Washington Street, Suite 300<br>Phoenix, AZ 85004-2555<br>Email: harnischa@ballardspahr.com<br>Email: foutzj@ballardspahr.com<br>Attorneys for *Mid South Partners* |

/s/ Kathryn Hardy

84882-0001/LEGAL26274654.1