
Richard M. Lorenzen, Bar No. 006787
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Schuyler G. Carroll, NY Bar No. 2511707
*(Admitted Pro Hac Vice)*
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
SCarroll@perkinscoie.com
Telephone: 212.262.6905
Facsimile: 212.977.1636

*Attorneys for* Official Joint Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case No. 2:11-bk-27518-GBN and<br>Case No. 2:11-bk-27713-GBN |
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | **[PROPOSED] ORDER GRANTING MOTION TO RESCHEDULE HEARINGS ON:**<br><br>1. **AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS;**<br><br>**and**<br><br>2. **FIRST AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISORS TO THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

The Court having received and reviewed The Official Joint Committee of Unsecured Creditors' motion seeking an order vacating and rescheduling the hearings on the *Amended First and Final Application for Award of Fees and Costs to Perkins Coie LLP as Counsel for the Official Joint Committee of Unsecured Creditors* [DE 348]*;* and the *First and Final Application of Corporate Recovery Associates, Business and Financial Advisors to the Official Joint Committee of Creditors Holding Unsecured Claims for Compensation and Reimbursement of Expenses* [DE 339], currently set for the 30th day of May, 2013, at 1:30 o'clock p.m., and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.
2. The May 30, 2013 hearings are hereby VACATED.
3. The hearings shall be heard on the 9th day of July, 2013, at 1:30 o'clock p.m.

**DATED AND SIGNED ABOVE.**

84882-0001/LEGAL26275956.1