ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2633
FAX: (602) 514-7270
Email: patty.chan@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>STAR BUFFET, INC.,<br><br>        Debtor.<br>_____<br>In re:<br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>        Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:11-bk-27518-GBN<br>Case No. 2:11-bk-27713-GBN<br><br>(Jointly Administered)<br><br>**LIMITED OBJECTION BY UNITED STATES TRUSTEE TO MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FILED BY SCHIAN WALKER, P.L.C. ON BEHALF OF DEBTORS' OUTSIDE DIRECTORS**<br><br>Hearing Date: tbd<br>Time: tbd<br>Location: 230 North 1st Avenue<br>             #702, 7th Floor |

The United States Trustee for the District of Arizona (the "UST"), pursuant to 28 U.S.C. § 586(a)(3)(B), in addition to 11 U.S.C. § 307, hereby files her "Limited Objection," to the "Motion for Allowance of Administrative Claim (the "Application")" filed by Todd Brown, Thomas Schadt, Craig Wheaton and B. Thomas Smith, Jr. (see Docket Entry #347) for the following reason:

The non-management directors of the above captioned debtors (the "Debtors") comprising of Todd Brown, Thomas Schadt, Craig Wheaton and B. Thomas Smith, Jr. (collectively, the "Outside Directors") retained Schian Walker, P.L.C. (the "Firm") to advise them on matters related to the Debtors' bankruptcy cases. The Firm asserts that the Application is filed on behalf of the Outside Directors for services the Outside Directors have rendered to the Debtors' estate, including reimbursable expenses, which include legal fees and costs that would be administrative expenses under Bankruptcy

Code § 503(b).  See Application, p. 3 at lines 13-16.  The Outside Directors assert that "the Outside Directors could compensate the Firm directly and then seek reimbursement from the Debtors' estate on an administrative priority basis.  In the alternative, the Firm can seek direct compensation from the estate, thereby relieving the Outside Directors of any liability to the Firm. In either case, the Debtors' estate is liable to pay the subject legal fees and costs whether by reimbursing the Outside Directors or by making payment to the Firm."  See id., p. 3 at lines 16-20.

Under § 503(b)(3)(D) of the Bankruptcy Code, an equity security holder who makes a substantial contribution to a Chapter 11 case may recover an administrative expense.  Pursuant to §503(b)(4), compensation for legal services are allowable under § 503(b)(3).  See also In re Downtown Investment Club III, 89 B.R. 59, 64 (Bankr. 9th Cir.1988).  The principal test for determining whether a compensable contribution has been made is the extent of benefits to the estate. In re Christian Life Center, 821 F.2d 1370, 1373 (9th Cir.1987).  "Compliance with the substantial contribution test is difficult. The presumption is that creditors act mainly in their own interests. In re Johnson, 126 B.R. 808, 810 (Bankr. M.D.Fla.1991). As a result, attorneys usually must look to their own clients for fees." See In re Woodhall, 141 B.R. 700, 701 (Bkrtcy. D.Ariz.,1992).

WHEREFORE, until more information is provided, the UST respectfully requests that the Application not be approved at this time.

RESPECTFULLY SUBMITTED this 15th day of April, 2013.

    ILENE J. LASHINSKY
    United States Trustee
    District of Arizona


     /s/ PC (#027115)
    PATTY CHAN
    Trial Attorney

- 2 -

Copies of the foregoing emailed April 15, 2013, to:

WESLEY DENTON RAY
POLSINELLI SHUGHART PC
CITY SCAPE PLAZA
ONE E WASHINGTON ST #1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
Debtors' Counsel

SCHIAN WALKER, P.L.C.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN
SCOTT R. GOLDBERG
Attorneys for Todd Brown, Thomas Schadt,
Craig Wheaton and B. Thomas Smith, Jr.

SCHUYLER GLENN CARROLL
PERKINS COIE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
Email: scarroll@perkinscoie.com

RICHARD M. LORENZEN
PERKINS COIE LLP
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ 85012-2788
Email: rlorenzen@perkinscoie.com
Attorneys for the Official Joint Committee of Unsecured Creditors

Copies of the foregoing mailed April 15, 2013, to:

WESLEY DENTON RAY
POLSINELLI SHUGHART PC
CITY SCAPE PLAZA
ONE E WASHINGTON ST #1200
PHOENIX, AZ 85004
Debtors' Counsel

SCHIAN WALKER, P.L.C.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
DALE C. SCHIAN
SCOTT R. GOLDBERG
Attorneys for Todd Brown, Thomas Schadt,
Craig Wheaton and B. Thomas Smith, Jr.

SCHUYLER GLENN CARROLL
PERKINS COIE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

| | |
|---|---|
| 1 | |
| 2 | RICHARD M. LORENZEN<br>PERKINS COIE LLP |
| 3 | 2901 NORTH CENTRAL AVENUE<br>SUITE 2000 |
| 4 | PHOENIX, AZ 85012-2788<br>Attorneys for the Official Joint Committee of Unsecured Creditors |
| 5 | /s/ C. Hoover |

- 4 -