UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:                                    )
                                          )
STAR BUFFET, INC.                         )        CASE NO. 11-27519
                                          )        Chapter 11
        Debtor.                           )        Jointly Administered

## RESPONSE TO DEBTOR'S FIRST OMNIBUS OBJECTION OF CLAIMS

SIMON PROPERTY GROUP, L.P. as Landlord and Managing agent for Lake Square Mall collectively herein as (Landlord), by its undersigned attorney, hereby object to the treatment of Claim No. 19, proposed by the Debtors in their FIRST OMNIBUS OBJECTION OF CLAIMS. Claim No. 19 should be "allowed" in the amount of $84,750.00 as it reflects the true amount owed pursuant to the books and records of Lake Square Mall as of the date the Debtor filed for Chapter 11 Bankruptcy protection.

1. The Debtors as lessees, and Landlord as lessor, are parties to a Purchase and Sale Agreement, for non-residential real estate located at Lake Square Mall.

2. On or about April 14, 2013, the Debtor filed an Objection to Claim No. 19 with Respect to Landlords claim in the amount of $84,750.00.

3. Debtor has objected to Landlord's Claim No. 19 stating the claim does not exist against the Debtors; however the Debtor has not provided any documentation supporting this fact.

4. Landlord maintains the correct documentation was filed establishing that Claim No. 19 should be "allowed in the amount of $84,750.00 as it reflects the true amount owed pursuant to the books and records of Lake Square Mall as of the date the Debtor filed for Chapter 11 Bankruptcy protection as a pre-petition obligations due Lake Square Mall.

WHEREFORE, Landlord respectfully requests that the Court allow Claim No. 19 in the aggregate amount of $84,750.00 as a general unsecured claim and to grant Landlord all other relief that is just and proper.

        /s/Ronald M. Tucker
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
e-mail address: rtucker@simon.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served this 30th day of April 2013, via ECF, United States mail and or E-mail, to each of the persons on the Service List.

      /s/Ronald M. Tucker
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
e-mail address: rtucker@simon.com

*Debtor*  represented by **DANIEL D MAYNARD**
**STAR BUFFET, INC.**  MAYNARD CRONIN
1312 N. SCOTTSDALE ROAD  ERICKSON CURRAN &
SCOTTSDALE, AZ 85257  SPARKS
MARICOPA-AZ  3200 N CENTRAL AVE #1900
Tax ID / EIN: 84-1430786  PHOENIX, AZ 85012
  602-279-8500
  Fax : 602-263-8195
  Email: stanner@mmcec.com

  **WESLEY DENTON RAY**
  POLSINELLI PC
  CITY SCAPE PLAZA
  ONE E WASHINGTON ST #1200
  PHOENIX, AZ 85004
  602-650-2005
  Fax : 602-926-2751
  Email: wray@polsinelli.com

*Debtor*  represented by **DANIEL D MAYNARD**
**SUMMIT FAMILY RESTAURANTS, INC.**  (See above for address)
C/O S. CARY FORRESTER
FORRESTER & WORTH, PLLC  **WESLEY DENTON RAY**
3636 N. CENTRAL AVENUE  (See above for address)
SUITE 700
PHOENIX, AZ 85012
MARICOPA-AZ

*U.S. Trustee*  represented by **PATTY CHAN**
**U.S. TRUSTEE**  OFFICE OF THE UNITED
OFFICE OF THE U.S. TRUSTEE  STATES TRUSTEE
230 NORTH FIRST AVENUE  230 N. FIRST AVE., #204

| | |
|---|---|
| SUITE 204<br>PHOENIX, AZ 85003 | PHOENIX, AZ 85003<br>602-682-2633<br>Fax : 602-514-7270<br>Email: patty.chan@usdoj.gov |
| *Creditor Committee*<br>**Official Joint Committee Of Unsecured Creditors** | represented by **SCHUYLER GLENN CARROLL**<br>PERKINS COIE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112<br>212-262-6905<br>Fax : 212-262-1635<br>Email: scarroll@perkinscoie.com<br><br>**RICHARD M. LORENZEN**<br>PERKINS COIE LLP<br>2901 NORTH CENTRAL AVENUE<br>SUITE 2000<br>PHOENIX, AZ 85012-2788<br>602-351-8405<br>Fax : 602-648-7077<br>Email: rlorenzen@perkinscoie.com |