**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 2:11-bk-27518-GBN** |
| | ) | |
| | ) | **CH. 11 POST CONFIRMATION REPORT** |
| | ) | |
| **STAR BUFFET, INC.** | ) | __x__ **QUARTERLY** ____ **FINAL** |
| | ) | (PLEASE CHECK) |
| | ) | **QUARTER ENDING: 03/31/2013** |
| | ) | |
| Debtor(s) | ) | **DATE PLAN CONFIRMED: 12/17/2012** |

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:  $ 1,193,441.68

B. Disbursements not under the plan, for current quarter:  $     15,000.00

                Total Disbursements  $ 1,208,441.68

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

**PLEASE ANSWER THE FOLLOWING:**

1. What are your projections as to your ability to comply with the terms of the plan?

   **Unless the claims objections and professional fee applications presently before the Court are resolved in an unexpected manner, the Debtor is confident that it will be able to comply with the terms of its plan.**

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   **Unless the claims objections and professional fee applications presently before the Court are resolved in an unexpected manner, the Debtor believes that it will be able to promptly obtain the entry of a final decree.**

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   _____

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $_____ | $_____ | $_____ |
| 2. Fee for Attorney for Trustee | $_____ | $_____ | $_____ |
| 3. Fee for Attorney for Debtor | $ 81,908.74 | $ 81,908.74 | $_____ |
| 4. Other Professionals | $ 62,862.60 | $ 62,862.60 | $_____ |
| 5. All Expenses, Including Disbursing Agent's | $_____ | $_____ | $_____ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $1,032,072.76 | $1,032,072.76 | $_____ |
| 7. Priority Creditors | $ 9,201.00 | $ 9,201.00 | $_____ |
| 8. Unsecured Creditors | $_____ | $_____ | $_____ |
| 9. Equity Security Holders | $_____ | $_____ | $_____ |
| 10. Other Payments- Specify Class of Payee | $_____ | $_____ | $_____ |
|     Convenience Claims | $ 7,396.58 | $ 7,396.58 | $_____ |
|     _____ | $_____ | $_____ | $_____ |
| **TOTAL PLAN DISBURSEMENTS** | $1,193,441.68 | $1,193,441.68 | $_____ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan      100 %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

                                            **Description of Property**

Secured Creditors      _____

Priority Creditors      _____

Unsecured Creditors      _____

Equity Security Holders      _____

Other Transfers- Specify class of Transferee

_____    _____

_____    _____

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No  Date when application will be submitted

Estimated Date of Final Payment Under Plan ___September 2019___

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____[signature]_____  DATE: 4-30-2013

___Ron Dowdy___
(PRINT NAME)