IN THE UNITED STATES BANKRUPTCY COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>STAR BUFFET, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:11-bk-27518-GBN<br>Case No. 2:11-bk-27713-GBN<br><br>**Joint Administration Under**<br>**Case No. 2:11-bk-27518-GBN** |
| In re:<br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | **ORDER PURSUANT TO 11 U.S.C. § 502(B), FED. R. BANKR. P. 3007 AND LOCAL RULE 3007-1 DISALLOWING *CERTAIN* CLAIMS IDENTIFIED IN THE DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS** |

Upon consideration of the *First Omnibus Objection to Claims (A) Which Have Been Filed in the Wrong Case, Given That They Do Not Exist as Against the Debtors; (B) Pertaining to Terminated Leases to the Extent They Exceed the Maximum Amount Allowed by 11 U.S.C. § 502(b)(6); (C) Which Have Already Been Satisfied or Where There is Otherwise No Balance Due; (D) For Which a Proof of Claim Was Not Timely Filed; (E) Which are Duplicative of Other Claims Filed in the Debtors' Bankruptcy Cases; and (F) the Proof of Which Does Not Comply with Rule 3001* (the "**First Omnibus Objection**," Dkt. # 371) filed by Star Buffet, Inc ("**Star**") and Summit Family Restaurants, Inc. ("**Summit**," and collectively with Star, the "**Debtors**"), reorganized debtors in the above-captioned bankruptcy proceedings, and notice of the First Omnibus Objection having been full and proper, and there having been no responses timely filed, or otherwise presented, in connection with <u>certain</u> of the claims identified in the First Omnibus

Objection, pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and Local Rule 3007-1, and with good cause appearing,

**IT IS HEREBY FOUND AND CONCLUDED THAT:**

A. This Court has jurisdiction over the First Omnibus Objection pursuant to 28 U.S.C. § 1334, and the First Omnibus Objection presents a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B).

B. Each of the objections presented by the First Omnibus Objection represents a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.

C. The First Omnibus Objection objected to the allowance of certain claims filed in the Debtors' bankruptcy cases or described in the Debtors' bankruptcy schedules (the "**Disputed Claims**").

D. As evidenced by the *Certificate of Service and No Objections with Respect to Certain Claims Identified by the Debtors' First Omnibus Objection to Claims* filed by the Debtors, each holder of a Disputed Claim was properly and timely served with a copy of the First Omnibus Objection and the related *Notice of Bar Date for Responses to the Debtors' First Omnibus Objection to Claims* (the "**Bar Date Notice**").

E. Notice of the First Omnibus Objection was full and proper, and complied with the applicable requirements of the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

F. The holders of <u>certain</u> claims to which an objection was made in the First Omnibus Objection either (a) filed a formal response; (b) contacted Debtors' counsel to receive an extension of the deadline for the filing of a response to the First Omnibus Objection; or (c) conferred with Debtors' counsel to otherwise resolve the First Omnibus Objection as it related to them (the "**Adjourned Claims**").

G. The Adjourned Claims are identified in Exhibit "A" hereto.

H. The holders of all other claims identified in the First Omnibus Objection failed to timely file, or otherwise present, a response thereto (the "**Disallowed Claims**").

I. The Disallowed Claims relating to Star and Summit are set forth, respectively, in Exhibits "B" and "C" hereto.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. As it relates to the Disallowed Claims, the First Omnibus Objection is GRANTED.

2. The Disallowed Claims are hereby disallowed and expunged in their entirety.

3. This Order shall be deemed a separate order and judgment with respect to each of the Disallowed Claims, such that any stay or appeal of this Order shall only affect the Disallowed Claim to which it relates, and shall not affect the applicability or finality of this Order with respect to any other Disallowed Claim, and there is no just reason for delay in the entry of this Order as to each Disallowed Claim.

4. This Order shall have no effect on the Adjourned Claims, or the Debtors' objections thereto, or any of the separate objections filed in addition to the First Omnibus Objection, and shall not be construed to determine or conclude any matters relating thereto, rather those objections will be adjudged by separate order.

5. Entry of this Order is without prejudice to the Debtors' right to amend, modify, or supplement the First Omnibus Objection, or to file additional objections to any other claim which may be asserted against their bankruptcy estates.

DATED _____, 2013.

                                                Honorable George B. Nielsen
                                              United States Bankruptcy Judge

**EXHIBIT "A"**
**Adjourned Claims**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| AEI Exchange Services, Inc.<br>200 S. Sixth St., Suite 4000<br>Minneapolis, MN 55402 | 40 | 128,080 | X | X | | | X | X |
| AEI Exchange Services, Inc.<br>200 S. Sixth St., Suite 4000<br>Minneapolis, MN 55402 | 41 | 146,547 | X | X | | | X | X |
| AEI Exchange Services, Inc.<br>c/o John M. Koneck<br>Fredrikson & Bryon PA<br>200 S. 6th Street, Suite 4000<br>Minneapolis, MN 55402 | 9<br>(Summit) | $128,080 | X | X | | | | X |
| AEI Exchange Services, Inc.<br>c/o John M. Koneck<br>Fredrikson & Bryon PA<br>200 S. 6th Street, Suite 4000<br>Minneapolis, MN 55402 | 10<br>(Summit) | 146,547 | X | X | | | | X |
| Alameda Realty Holdings, LLC<br>Steven P. Flowers, Esq.<br>1560 E. 21st St., Suite 350<br>Tulsa, OK 74114-1302 | 29 | 74,193 | | X | | | | X |
| Dallam County<br>Dlayne Peeples Carter Perdue<br>Brandon Fielder Collins & Mott<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 21 | 1,117 | | | X | | | |

2847401.2

**EXHIBIT "A"**
**Adjourned Claims**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||| 
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
|---|---|---|---|---|---|---|---|---|
| Dallam County<br>Dlayne Peeples Carter Perdue Brandon Fielder Collins & Mott<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 22 | 3,910 | | | X | | | |
| Dallam County<br>Dlayne Peeples Carter Perdue Brandon Fielder Collins & Mott<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 23 | 6,260 | | | X | | | |
| Dallam County<br>Dlayne Peeples Carter Perdue Brandon Fielder Collins & Mott<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 45 | 3,910 | | | X | | | |
| Dallam County<br>Dlayne Peeples Carter Perdue Brandon Fielder Collins & Mott<br>P.O. Box 9132<br>Amarillo, TX 79105-9132 | 46 | 1,117 | | | X | | | |
| Dawson County Control Appraisal District<br>c/o Laura J. Monroe/Perdue Brandon<br>P.O. Box 817<br>Lubbock, TX 79408 | 4 | 15,354 | | | X | | | |
| Dawson County Control Appraisal District<br>c/o Laura J. Monroe/Perdue Brandon<br>P.O. Box 817 | 42 | 15,354 | | | X | | | |

2847401.2

**EXHIBIT "A"**
**Adjourned Claims**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Lubbock, TX 79408 | | | | | | | | |
| Grants Pass Shopping Center, LLC c/o Metro Realty Advisors, LLC 3029 Wilshire Blvd., Suite 202 Santa Monica, CA 90403 | 48 | 43,826 | | X | | X | | X |
| K & A Brasher, LLC d/b/a Montgomery Poultry & Egg P.O. Box 2699 West Monroe, LA 71294 | 5 | 10,657 | X | | | | | |
| Maricopa County Treasurer Lori A. Lewis Maricopa County Attorney's Office 222 N. Central Avenue, Suite 1100 Phoenix, AZ 85004 | 12 (Summit) | 4,108.32 | X | | | X | | |
| Maricopa County Treasurer Lori A. Lewis Maricopa County Attorney's Office 222 N. Central Avenue, Suite 1100 Phoenix, AZ 85004 | 13 (Summit) | 1,404.29 | X | | | X | | |
| Mid South Partners c/o Alan Harkavy Harkavy Shainberg Kaplan & Dunstan 6060 Poplar Avenue, Suite 140 Memphis, TN 38119 | 44 | 77,525 | X | X | | X | | |
| Moore County and Entities Collected by Moore County P.O. Box 9132 Amarillo, TX 79105-9132 | 47 | 6,886 | | | X | | | |

2847401.2

**EXHIBIT "A"**
**Adjourned Claims**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||| 
|---|---|---|---|---|---|---|---|
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 W. Washington Street<br>Indianapolis, IN 46204 | 18 | 5,590 | X | | | | | X |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 W. Washington Street<br>Indianapolis, IN 46204 | 19 | 84,750 | X | X | | | | |
| Wells Fargo Bank, N.A.<br>Jaime K. Shean, Esq.<br>Assayag Mauss, APLC<br>2915 Redhill Avenue, Suite 200<br>Costa Mesa, CA 92626 | 25 | 5,644,984 | | | | | X | |

2847401.2

**EXHIBIT "B"**
**Disallowed Claims - Star**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Ace American Ins. Co.<br>c/o Paul Bech, Esq.<br>436 Walnut St.<br>Philadelphia, PA 19106 | 36 | $0.00 | | | | | | X |
| Bakwin, Chris<br>P.O. Box 1542<br>Boseman, MT 59715 | | | | | | X | | |
| CK's Produce<br>C-K's Produce, Inc.<br>P.O. Box 11637<br>Tampa, FL 33610 | 32 | 7,320.55 | X | | | | | |
| CK's Produce<br>C-K's Produce, Inc.<br>P.O. Box 11637<br>Tampa, FL 33610 | 33 | 7,321 | | | | | X | |
| Corbett, Stephanie<br>c/o Pawlowski & Brewer, P.A.<br>1718 East 7th Avenue, Suite 201<br>Tampa, FL 33605 | | | | | | X | | |
| Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | 2 | 1,679 | | | X | | | |
| Greenway Groves, Joy<br>3501 Providence Manor Road<br>Charlotte, NC 28270 | 9 | 68,777 | X | X | | | X | X |
| Levine Investments LLP<br>1702 East Highland, Suite 310<br>Phoenix, AZ 85016 | | | | | | X | | |

2847398.2

**EXHIBIT "B"**
**Disallowed Claims - Star**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Liberty Mutual Group<br>100 Liberty Way<br>P.O. Box 1525<br>Dover, NH 03820-1525 | 20 | | | | X | | | |
| Lopez, Freddie<br>c/o Fischer Law Firm, P.C.<br>1777 South Harrison St., Suite 1500<br>Denver, CO 80210 | | | | | | X | | |
| Miller & Cohen PC<br>PO Box 1259<br>Longmont, CO 80502 | 10 | | X | | | | | |
| Mountain States Commercial Collections<br>P.O. Box 1259<br>Longmont, CO 80502 | | | | | | X | | |
| NASDAQ Stock Market, Inc.<br>P.O. Box 7777-W8130<br>Philadelphia, PA 19175-8130 | | | | | | X | | |
| NuCO2<br>2800 SE Market Place<br>Stuart, FL 34997 | 1 | 5,773 | X | | | | | X |
| Oshunola, LLC and Nareke, LLC<br>c/o John G. Sinodis<br>Jennings, Haug & Cunningham, LLP<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049 | 13 | 790,886 | | X | | | | X |
| Oshunola, LLC and Nareke, LLC<br>c/o John G. Sinodis<br>Jennings, Haug & Cunningham, LLP<br>2800 N. Central Avenue, Suite 1800 | 16 | 723,498 | | | | | X | |

2847398.2

**EXHIBIT "B"**
**Disallowed Claims - Star**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection ||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Phoenix, AZ 85004-1049 | | | | | | | | |
| Patrick, Alfred<br>c/o Randy E. Schimmelpfennig, Esq.<br>Morgan & Morgan, P.A.<br>20 North Orange Avenue, 16th Fl.<br>Orlando, FL 32801 | 35 | 274,717 | X | | | | | X |
| Poole, Joyce<br>11051 Center Hill Martin Road<br>Collinsville, MS 37325 | 50 | 2,500 | | | X | | | |
| Shamrock Foods Company<br>2450 N. 29th Avenue<br>Phoenix, AZ 85009 | 7 | 380,153 | X | | | | | X |
| Simons Firm<br>P.O. Box 5333<br>Santa Fe, NM 87502 | 34 | 4,793 | | | X | | | |
| State of Delaware<br>Division of Corporations<br>401 Federal Street, Suite 4<br>Dover, DE 19901 | 43 | 38,765 | | | X | | | |

Case 2:11-bk-27518-GBN    Doc 399    Filed 05/10/13    Entered 05/10/13 14:53:27    Desc
Main Document    Page 10 of 11

2847398.2

**EXHIBIT "C"**
**Disallowed Claims - Summit**

| Creditor | Claim No. | Claimed Amount | Objections Raised in the First Omnibus Objection | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Subsidiary | Lease | Satisfied | Untimely | Duplicate | Non-Compliant Proof of Claim |
| Bakwin, Chris<br>P.O. Box 1542<br>Bozeman, MT 59715 | | | | | | X | | |
| Edward Don & Co., Inc.<br>2500 S. Harlem Avenue<br>North Riverside, IL 60546 | 11 | 2,642 | | | X | | | |
| Floberg, Marilyn<br>c/o Moriarity Badaruddin & Booke<br>124 West Pine Street<br>Missoula, MT 59802-4222 | | | | | | X | | |
| The Travelers Indemnity Company<br>c/o RMS Bankruptcy Recovery Svcs.<br>P.O. Box 5126<br>Timonium, MD 21094 | 14 | 536 | | | X | | | |

2847400.2