# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Audio Record of Hearing Held

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | STAR BUFFET, INC. | | |
| **Case Number:** | 2:11-bk-27518-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 09, 2013 01:30 PM   7TH FLOOR #702 | | |

| | |
|---|---|
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

| | |
|---|---|
| **Audio File Name:** | PHL01236454.MP3 |
| **Audio File Size:** | 34,433 KB |
| **Audio File Length:** | 01:13:27 |

#### Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

---

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

---

### *Matters:*

2) HEARING IN RE: DEBTOR'S OBJECTION TO THE AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO COUNSEL FOR THE UNSECURITED CREDITORS COMMITTEE
**R / M #:**   339 /  423

3) HEARING IN RE:  AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS
**R / M #:**   348 /  423

1) CONTINUED POST CONFIRMATION STATUS HEARING.
**R / M #:**    1 /  423

Case 2:11-bk-27518-GBN    Doc 424    Filed 07/09/13    Entered 07/11/13 08:28:47    Desc
Main document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

Case 2:11-bk-27518-GBN    Doc 424    Filed 07/09/13    Entered 07/11/13 08:28:47    Desc
Main document    Page 2 of 2