# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STAR BUFFET, INC. |
| **Case Number:** | 2:11-bk-27518-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 09, 2013 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) CONTINUED POST CONFIRMATION STATUS HEARING. (FR. 7/9)
   R / M #:   1 / 0

2) CONTINUED HEARING IN RE: DEBTOR'S OBJECTION TO THE AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO COUNSEL FOR THE UNSECURITED CREDITORS COMMITTEE (FR. 7/9)
   R / M #:   339 / 0

3) CONTINUED HEARING IN RE: AMENDED FIRST AND FINAL APPLICATION FOR AWARD OF FEES AND COSTS TO PERKINS COIE LLP AS COUNSEL FOR THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS (FR. 7/9)
   R / M #:   348 / 0

## Appearances:

WESLEY DENTON RAY, ATTORNEY FOR STAR BUFFET, INC.
RICHARD M. LORENZEN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
SCHUYLER GLENN CARROLL, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE (T)
RICHARD FEFFERMAN, REPRESENTATIVE OF CORPORATE RECOVERY ADVISORS

# Minute Entry

(continue)... 2:11-bk-27518-GBN          FRIDAY, AUGUST 09, 2013 01:30 PM

### Proceedings:

ITEM #1

Mr. Ray informed the Court that play payments are current and property taxes have been paid. He stated that he is hopeful to obtain a final decree very soon.

ITEM #2

The Court gave it's preliminary view of this matter.

Mr. Fefferman responded, stating that he is willing to take a haircut in fees.

Mr. Rays responded, stating that the debtor objects to the billing rate and lack of using associates. He also noted that the debtor has settled various other matters.

Mr. Carroll indicated that they have had document problems many times when they did not come to Court and the debtor was uncooperative.

Mr. Lorenzen also responded.

Mr. Fefferman stated that he is ready for the Court to rule.

Mr. Ray responded.

The Court placed it's decision on the record.

COURT: IT IS ORDERED AWARDING THE APPLICANT A $90,000 ADMINISTRATIVE CLAIM.

ITEM #3

The Court gave it's preliminary view of this matter.

Mr. Lorenzen responded to the Court's comments.

Mr. Carroll made some clarifications.

Mr. Ray again commented regarding the billing rates.

The Court placed it's decision on the record. Anyone wishing a copy may obtain a transcript.

COURT: IT IS ORDERED SETTING A ONE DAY EVIDENTIARY HEARING ON NOVEMBER 8,

# Minute Entry

(continue)...   2:11-bk-27518-GBN         FRIDAY, AUGUST 09, 2013 01:30 PM

2013 AT 9:00 A.M.  THE COURT WILL NOT REQUIRE A JOINT PRETRIAL STATEMENT.  ALL DISCOVERY SHALL BE COMPLETED BY OCTOBER 18, 2013.  NOT LATER THAN CLOSE OF BUSINESS OCTOBER 4, 2013 PARTIES SHALL SERVE AND FILE THEIR LISTS OF WITNESSES AND EXHIBITS INCLUDING REBUTTAL.  THOSE NOT SO DISCLOSED WILL NOT BE ALLOWED.

IT IS FURTHER ORDERED SETTING A PRETRIAL CONFERENCE ON OCTOBER 17, 2013 AT 10:30 A.M.