Richard J. Feferman, CIRA
**Corporate Recovery Associates**
3830 Valley Centre Drive, Suite 705-152
San Diego, CA 92130
richard@crarecovery.com
Telephone: 858.792-7473
Facsimile: 858.430-2454

Business and Financial Advisor for Official Joint
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case No. 2:11-bk-27518-GBN and<br>Case No. 2:11-bk-27713-GBN |
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | **ORDER APPROVING THE FIRST AND FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISORS TO THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

The First and Final Application of Corporate Recovery Associates, Business and Financial Advisors to the Official Joint Committee of Creditors Holding Unsecured Claims for Compensation and Reimbursement of Expenses (the "Application") came on for hearing on August 9, 2013, before the Honorable George B. Nielsen, United States Bankruptcy Judge.

Corporate Recovery Associates, a sole proprietorship, appeared through its principal

Richard Feferman. The Debtors' appeared through Polsinelli Shugahart. Other appearances were made as reflected in the record.

Having considered the record before the Court, including the objections of the Debtors (docket numbers 356, and 426) to the Application, and that no other objections having been filed to Corporate Recovery Associates' fee application, the Court having considered the statements of counsel and Corporate Recovery Associates on the record and the reasonableness of the fees requested by Corporate Recovery Associates, and good cause appearing, it is hereby,

**ORDERED** that Applicant is awarded an Administrative Claim as compensation for professional services rendered and reimbursement of expenses on a final basis and, in the total amount of $90,000.00 (which includes fees, expense reimbursements, and a reduction of $25,727.81 from the total of $115,727.81 of fees and expense reimbursements sought in Corporate Recovery Associates' Application) for the period of June 8, 2012 through February 11, 2013. Upon entry of this Order, the Debtors are hereby directed to pay the allowed amounts to Corporate Recovery Associates.

**SIGNED AND DATED ABOVE**