IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: STAR BUFFET, INC.  )   CASE NO. 2:11-bk-27518
                          )
                          )   CH. 11 POST CONFIRMATION REPORT
                          )
                          )   __X__ QUARTERLY  ____ FINAL
                          )       (PLEASE CHECK)
                          )
                          )   QUARTER ENDING: 09/30/2013
                          )
          Debtor          )   DATE PLAN CONFIRMED: 12/17/2012

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:       $ __489,642.83__

B. Disbursements not under the plan, for current quarter:        $ __20,000.00__

                                    Total Disbursements          $ __509,642.83__

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan? The recovery in the casual dining industry is not occurring at the rate, or to the extent, that the Debtor and other industry participants expected. If the industry continues to recover sluggishly, the Debtor's financial performance, and therefore its ability to completely perform under the terms of the Plan, will be impaired. Additionally, the planned acquisition by a third party of the shopping center where Casa Bonita is located was not completed. This dictates that the debtor negotiate a lease extension directly with the center's landlord. If the debtor can not negotiate a lease extension, the debtor's ability to perform under the terms of the Plan will be impaired.

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   The claims objections and professional fee applications before the Court were resolved for more than the Plan has expected. The higher than expected professional fees have put additional pressure on cash flow.

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due. _____

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ - | $ - | $ - |
| 2. Fee for Attorney for Trustee | $ - | $ - | $ - |
| 3. Fee for Attorney for Debtor | $ 20,000.00 | $ 136,908.74 | $ - |
| 4. Other Professionals | $ 102,660.98 | $ 171,523.58 | $ 110,000.00 |
| 5. All Expenses, Including Disbursing Agent's | $ - | $ - | $ - |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 357,780.85 | $2,868,527.08 | $2,824,232.79 |
| 7. Priority Creditors | $ 9,201.00 | $ 27,603.00 | $ 98,264.00 |
| 8. Unsecured Creditors | $ - | $ - | $4,000,000.00[1] |
| 9. Equity Security Holders | $ - | $ - | $ - |
| 10. Other Payments- Specify Class of Payee | $ - | $ - | $ - |
|     Convenience Claims | $ - | $ 7,396.58 | $ - |
|     _____ | $ - | $ - | $ - |
| **TOTAL PLAN DISBURSEMENTS** | $ 489,642.83 | $ 3,029,958.98 | $ 7,032,496.79 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)    [1]Estimate

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    100%

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

**Description of Property**

Secured Creditors  _____

Priority Creditors  _____

Unsecured Creditors  _____

Equity Security Holders  _____

Other Transfers- Specify class of Transferee

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No  Date when application will be submitted

Estimated Date of Final Payment Under Plan  September 2019

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _[signature]_  DATE: 12-2-2013

Ron Dowdy
(PRINT NAME)