IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: STAR BUFFET, INC.        )   CASE NO. 2:11-bk-27518
                                )
                                )   CH. 11 POST CONFIRMATION REPORT
                                )
                                )   __X__ QUARTERLY  _____ FINAL
                                )        (PLEASE CHECK)
                                )
                                )   QUARTER ENDING: 3/31/2014
                                )
_____Debtor_____)   DATE PLAN CONFIRMED: 12/17/2012

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:     $ 1,306,289.25

B. Disbursements not under the plan, for current quarter:      $          .00

                                        Total Disbursements    $ 1,306,289.25

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   The recovery in the casual dining industry is not occurring at the rate that the Debtor and other industry participants expected. Additionally, a rapid rise in food costs in the most recent quarter has had a material impact on operating margins. If industry sales trends remain subdued and food costs continue to increase at above average rates, the Debtor's financial performance and its ability to comply with the terms of the Plan, will be impaired. Additionally, the planned acquisition by a third party of the shopping center in which Casa Bonita is located has just been completed. To date, the new shopping center owner has not offered a lease renewal proposal that permits Casa Bonita to operate profitably. If acceptable lease terms are not reached, Casa Bonita will be forced to close.

2. Please describe any factors which may materially affect your ability to obtain a final decree.

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due. _____

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ - | $ - | $ - |
| 2. Fee for Attorney for Trustee | $ - | $ - | $ - |
| 3. Fee for Attorney for Debtor | $ - | $ 136,908.74 | $ - |
| 4. Other Professionals | $ 30,000.00 | $ 271,523.58 | $ 10,000.00 |
| 5. All Expenses, Including Disbursing Agent's | $ - | $ - | $ - |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 1,267,088.25 | $4,308,084.81 | $1,251,772.00 |
| 7. Priority Creditors | $ 9,201.00 | $ 46,005.00 | $ 82,615.00 |
| 8. Unsecured Creditors | $ - | $ - | $4,000,000.00[1] |
| 9. Equity Security Holders | $ - | $ - | $ - |
| 10. Other Payments- Specify Class of Payee | $ - | $ - | $ - |
|     Convenience Claims | $ - | $ 7,396.58 | $ - |
|     _____ | $ - | $ - | $ - |
| **TOTAL PLAN DISBURSEMENTS** | $ 1,306,289.25 | $ 4,769,918.71 | $5,344,387.00 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)     [1]Estimate

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    100%

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

        **Description of Property**

Secured Creditors    _____

Priority Creditors    _____

Unsecured Creditors    _____

Equity Security Holders    _____

Other Transfers- Specify class of Transferee

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No  Date when application will be submitted

Estimated Date of Final Payment Under Plan  September 2019

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____  DATE: 4-18-2014

Ron Dowdy
(PRINT NAME)