# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | STAR BUFFET, INC. | | |
| **Case Number:** | 2:11-bk-27518-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 03, 2014 09:30 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | BRENDA K. MARTIN | | |
| **Courtroom Clerk:** | ELIZABETH IRISH | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

### *Matters:*

1) CONTINUED POST CONFIRMATION STATUS HEARING. (FR. 1/28)
   R / M #:   1 / 0

2) DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS FILED BY WESLEY DENTON RAY ON BEHALF OF STAR BUFFET, INC., SUMMIT FAMILY RESTAURANTS, INC.
   R / M #:   371 / 0

### *Appearances:*

WESLEY DENTON RAY, ATTORNEY FOR STAR BUFFET, INC.

### *Proceedings:*

Mr. Ray provides a case background. The debtor has 32 restaurants in 13 states. He discusses the plan and payments. He responds to the Court's questions. This is a full payment plan that is ahead of schedule. The debtor is current on plan payments and reports. An email from Ms. Chan indicates quarterly fees are due which the debtor will take care of. He advises the debtor objected to 60 claims and will be filing motions to approve settlements. He may reach out one more time to those that have not settled. The debtor is doing well and sees the light at the end of the tunnel. He discusses and reviews the Grants Pass Shopping Center claim. He responds to the Court's questions. He will amend the objection to the claim and file it within 10 days.

COURT:  THE COURT HAS REVIEWED THE PAPERS AND EXPRESSES ITS CONCERNS.  THE CREDITOR DID NOT APPEAR THROUGH COUNSEL.  IT APPEARS THERE IS SOME AMOUNT OF A CLAIM BUT IS NOT EXPLAINED.  THE COURT IS INCLINED TO SET THIS OVER WITH THE PROVISO THAT THE CREDITOR APPEAR THROUGH COUNSEL.  IF THEY DO NOT APPEAR AND SUPPLEMENT THE CLAIM TO EXPLAIN THE BASIS OF THE CLAIM, THE COURT WILL GRANT THE MOTION TO DENY THE CLAIM IN FULL AT THE NEXT HEARING .  IT APPEARS THEY ARE TRYING TO MAKE AN EFFORT.  IT IS ORDERED THE DEBTOR AMEND THE OBJECTION TO CLAIM IN 10 DAYS.  IT IS FURTHER ORDERED ALLOWING THE CREDITOR 21 DAYS AFTER THAT TO FILE A RESPONSE AND RETAIN COUNSEL.  IF THE CREDITOR DOES NOT APPEAR WITH COUNSEL TO DEFEND THE CLAIM AT THE NEXT HEARING, THE COURT WILL GRANT COUNSEL'S MOTION TO DENY THE CLAIM.  IT IS FURTHER ORDERED CONTINUING THIS MATTER TO 07-23-2014 AT 10:00 AM.  THE COURT WILL NOT CONTINUE THE STATUS HEARING AS COUNSEL WILL BE BEFORE THIS COURT ON CLAIM OBJECTIONS.