## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:  STAR BUFFET, INC.     )     CASE NO.  2:11-bk-27518
                              )
                              )     CH. 11 POST CONFIRMATION REPORT
                              )
                              )     ___X___ QUARTERLY  _____ FINAL
                              )          (PLEASE CHECK)
                              )     QUARTER ENDING: 6/30/2014
                              )
_____Debtor____ )     DATE PLAN CONFIRMED: 12/17/2012

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:      $ _354,040.48_

B. Disbursements not under the plan, for current quarter:       $_____.00_

                           **Total Disbursements**              $ _354,040.48_

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE
THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR
AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE
QUARTERLY FEES.**

## PLEASE ANSWER THE FOLLOWING:

1.  **What are your projections as to your ability to comply with the terms of the plan?**

    The recovery in the casual dining industry is not occurring at the rate that the Debtor
    expected. Additionally, a rapid rise in food costs in recent quarters has had a material
    adverse impact on operating margins. If industry sales trends remain subdued and food
    costs continue to increase at above average rates, the Debtor's financial performance
    and its ability to comply with the terms of the Plan will be impaired. Additionally, the
    center where Casa Bonita operates has been sold. To date, the new shopping center
    owner has not offered a lease proposal that permits Casa Bonita to operate profitably.
    If acceptable lease terms are not obtained, Casa Bonita will be closed and any future
    operating cashflows from this business will be lost.

2.  **Please describe any factors which may materially affect your ability to obtain a
    final decree.**

3.  **If plan payments have not yet begun, please indicate the date that the first plan payment
    is due.** _____

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ - | $ - | $ - |
| 2. Fee for Attorney for Trustee | $ - | $ - | $ - |
| 3. Fee for Attorney for Debtor | $ - | $ 136,908.74 | $ - |
| 4. Other Professionals | $ 10,000.00 | $ 281,523.58 | $ - |
| 5. All Expenses, Including Disbursing Agent's | $ - | $ - | $ - |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 334,839.48 | $4,642,924.29 | $ 923,000.00 |
| 7. Priority Creditors | $ 9,201.00 | $ 55,206.00 | $ 74,613.00 |
| 8. Unsecured Creditors | $ - | $ - | $4,000,000.00[1] |
| 9. Equity Security Holders | $ - | $ - | $ - |
| 10. Other Payments- Specify Class of Payee | $ - | $ - | $ - |
|   Convenience Claims | $ - | $ 7,396.58 | $ - |
| | $ - | $ - | $ - |
| **TOTAL PLAN DISBURSEMENTS** | $ 354,040.48 | $ 5,123,959.19 | $4,997,613.00 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)     [1]Estimate.

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    100%

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

**Description of Property**

Secured Creditors _____

Priority Creditors _____

Unsecured Creditors _____

Equity Security Holders _____

Other Transfers- Specify class of Transferee

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No  Date when application will be submitted

Estimated Date of Final Payment Under Plan  September 2019

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS
TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____  DATE: 7-18-2014

Ron Dowdy
(PRINT NAME)