# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** STAR BUFFET, INC.
**Case Number:** 2:11-bk-27518-BKM **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, JULY 23, 2014 10:00 AM 7TH FLOOR #701
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** ELIZABETH IRISH
**Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

CONTINUED HEARING RE: DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS FILED BY WESLEY DENTON RAY ON BEHALF OF STAR BUFFET, INC., SUMMIT FAMILY RESTAURANTS, INC. (06-03-2014)

**R / M #:** 371 / 0

## Appearances:

WESLEY DENTON RAY, ATTORNEY FOR STAR BUFFET, INC.

## Proceedings:

Mr. Ray provides a background and update regarding the objection to the claim of Grants Pass Shopping Center LLC. Nothing has been filed and there has been no informal communication. He asks the claim be disallowed in full. He responds to the Court's questions.

COURT: THE COURT EXPRESSES ITS CONCERN REGARDING PROPER NOTICE. THE COURT NEEDS TO SET THIS OVER AND GIVE 14 DAYS TO FILE A RESPONSE TO THE SUPPLEMENTAL OBJECTION. IF THEY DON'T RESPOND, COUNSEL MAY UPLOAD AN ORDER DENYING THE CLAIM. IF THEY RESPOND, A HEARING WILL BE SET. COUNSEL IS DIRECTED TO SEND A NEGATIVE NOTICE WITH 14 DAYS TO FILE A RESPONSE. IF THEY DON'T RESPOND, THE COURT WILL ENTER AN ORDER BASED ON THIS HEARING AND THE LAST HEARING. THE COURT HAS NO PROBLEM IF THEY FILE A RESPONSE IN HOUSE. IF THEY APPEAR IN COURT, THE COURT WOULD LIKE THEM TO APPEAR THROUGH COUNSEL.

Mr. Ray provides a brief update regarding the claims. Several have been resolved. There are about 5 creditors left to deal with. He is making significant progress but is not there yet.

Case 2:11-bk-27518-BKM    Doc 466    Filed 07/23/14    Entered 07/24/14 08:55:57    Desc
Main Document    Page 1 of 1

07/24/2014  8:55:01AM