# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | STAR BUFFET, INC. | | |
| **Case Number:** | 2:11-BK-27518-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 18, 2014 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | BRENDA K. MARTIN | | |
| **Courtroom Clerk:** | ELIZABETH IRISH | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

OMNIBUS OBJECTION TO CLAIM  DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS FILED BY WESLEY DENTON RAY ON BEHALF OF STAR BUFFET, INC., SUMMIT FAMILY RESTAURANTS, INC.

**R / M #:**   371 / 0

## *Appearances:*

WESLEY DENTON RAY, ATTORNEY FOR STAR BUFFET, INC.
ANDREW HARNISCH, ATTORNEY FOR MID SOUTH PARTNERS

## *Proceedings:*

Mr. Ray provides a status and update.  He is working through the claims and will be filing a motion.  He reviews the objections and provides a background.  He responds to the Court's questions.  He discusses the Mid South Partners claims.  Based on the record, he asks the Court to sustain the objection on Mid South's claim or move forward to a trial.

COURT:  THE COURT NOTICED THE DEBTOR DID NOT FILE A REPLY TO THE RESPONSE TO THE OBJECTION.  THE COURT UNDERSTANDS COUNSEL'S POSITION.  THE COURT DOES NOT THINK IT CAN GRANT IT BASED ON COUNSEL'S AVOW.  THE COURT WILL NEED TO SET A HEARING ON IT.

Mr. Harnisch responds.  The debtor's recap is largely accurate.  He believes the debtor is directly liable for the unpaid rents.  He responds to the Court's questions.  He does not know much about the debtor's management.  He agrees that the Court can't rule on the objection today.  If the parties cannot settle, he explains what he will be seeking.  He would like to see a brief from debtor.

The parties and the Court discuss briefing and setting deadlines.

COURT:  MR. RAY'S BRIEF WILL BE DUE ON 10-02-2014.  MR. HARNISCH'S SUR-RESPONSE WILL BE DUE ON 10-16-2014 SHOULD HE FEEL THE NEED TO FILE ONE.  IT IS ORDERED SETTING A CONTINUED STATUS HEARING FOR 10-30-2014 AT 01:30 PM.