ORDERED ACCORDINGLY.

Dated: December 31, 2014

Brenda K. Martin, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor.<br><br>In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:11-bk-27518-BKM<br>Case No. 2:11-bk-27713-BKM<br><br>**Joint Administration Under**<br>**Case No. 2:11-bk-27518-BKM**<br><br>**ORDER APPOINTING BRIAN J. MULLEN AS DISBURSING AGENT** |

The Court having reviewed the *Notice of Debtors' Nomination for Disbursing Agent and Liquidating Agent* (the "Nomination") filed by Star Buffet, Inc. and Summit Family Restaurants, Inc. (the "Debtors"), and having conducted a hearing on the Nomination on December 10, 2014, and no party having filed any objection or response to the Nomination, in accordance with Section M of the Court's *Order Confirming Second Amended Joint Plan of Reorganization Dated October 17, 2012* (the "Confirmation Order"), and with good cause appearing,

**IT IS HEREBY ORDERED** appointing Brian J. Mullen as disbursing agent for purposes of the Debtors' *Second Amended Plan of Reorganization Dated October 17, 2012*, as modified by the Confirmation Order, on the terms and conditions stated in the Nomination.

**DATED AND SIGNED ABOVE**