IN THE UNITED STATES BANKRUPTCY COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR BUFFET, INC.,<br><br>Debtor.<br><br>In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:11-bk-27518-BKM<br>Case No. 2:11-bk-27713-BKM<br><br>**Joint Administration Under<br>Case No. 2:11-bk-27518-BKM**<br><br>**STIPULATED ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT REGARDING THE CLAIM OF K & A BRASHER, LLC** |

This matter having come before the Court upon the *Motion to Approve Settlement Regarding the Claim of K & A Brasher, LLC* (the "Motion," Dkt. # 484) filed by Star Buffet, Inc. ("Star Buffet") and Summit Family Restaurants, Inc. ("Summit" and collectively with Star Buffet, the "Debtors"), and notice of the Motion having been full and proper, and no objection to the Motion having been timely filed or served, and upon consideration of the Motion, and with good cause appearing,

**IT IS HEREBY FOUND, CONCLUDED, AND ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter presents a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (B).

3. The settlement between the Debtors and K&A Brasher, LLC ("K&A"), as described in the Motion, is in the best interests of the Debtors' bankruptcy estates, and the Debtors' agreement thereto represented an exercise of sound business judgment.

4. In full satisfaction of any claims it may have against the Debtors' estates, notwithstanding the amounts, or anything else to the contrary, set forth in its proof of claim, identified as claim number 5 on Star Buffet's claim register (the "Proof of Claim"), pursuant to 11 U.S.C. § 502, K&A is hereby granted an allowed claim in the amount of $4,000 (the "Allowed Claim").

5. The Allowed Claim shall be treated as a general unsecured claim within Class 8(A) of the *Second Amended Joint Plan of Reorganization Dated October 17, 2012*, as confirmed by the Court's *Order Confirming the Second Amended Joint Plan of Reorganization Dated October 17, 2012*.

6. Nothing herein is, or shall be deemed to be, a finding, conclusion, admission or acknowledgement as to any of the assertions in the Proof of Claim, or the Debtors' liability for any portion of the amounts identified therein.

**DATED AND SIGNED ABOVE**

AGREED AS TO FORM AND CONTENT:

POLSINELLI PC

By: /s/ *Wesley D. Ray*
    Wesley D. Ray
    1 E. Washington Street
    Suite 1200
    Phoenix, AZ 85004
    *Counsel for Debtors*

FREDERICK B. KING, LLC

By: /s/ *Frederick B. King (with permission)*
    Frederick B. King
    1200 N. 18th St., Suite AA
    Monroe LA 71201
    *Counsel for K&A Brasher, LLC*