# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:  STAR BUFFET, INC.     )      CASE NO. <u>2:11-bk-27518</u>
                                   )

                                   )      CH. 11 POST CONFIRMATION REPORT

                                   )      <u>  X  </u> QUARTERLY <u>    </u> FINAL
                                   )          (PLEASE CHECK)

                                   )      QUARTER ENDING: <u>3/31/2015</u>

                                   )

<u>                    Debtor             </u> )      DATE PLAN CONFIRMED: 12/17/2012

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:         $ <u>  95,866.77</u>

B. Disbursements not under the plan, for current quarter:         $ <u>  16,667.00</u>

                           Total Disbursements         $ <u> 112,533.77</u>

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

PLEASE ANSWER THE FOLLOWING:

1.     **What are your projections as to your ability to comply with the terms of the plan?**

The recovery in the casual dining industry has not occurred at the rate that the Debtor projected. Additionally, rapid escalation in food costs in recent quarters has had a material adverse impact on operating margins. If industry sales trends remain subdued and food costs continue to increase at above average rates, the Debtor's financial performance and its ability to comply with the remaining terms of the Plan will be impaired.

2.     **Please describe any factors which may materially affect your ability to obtain a Final decree.**

The Debtor has been unable to reach an accord on amounts owed to certain unsecured creditors.

3.     **If plan payments have not yet begun, please indicate the date that the first plan payment is due.**

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 300.00 | $ 300.00 | $ - |
| 2. Fee for Attorney for Trustee | $ - | $ - | $ - |
| 3. Fee for Attorney for Debtor | $ - | $ 136,908.74 | $ - |
| 4. Other Professionals | $ 9,000.00 | $ 290,523.58 | $ - |
| 5. All Expenses, Including Disbursing Agent's | $ - | $ - | $ - |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ - | $5,565,924.29 | $ - |
| 7. Priority Creditors | $ 15,539.72 | $ 86,080.72 | $ 43,539.00 |
| 8. Unsecured Creditors | $ 71,027.05 | $ 71,027.05 | $3,700,000.00[1] |
| 9. Equity Security Holders | $ - | $ - | $ - |
| 10. Other Payments- Specify Class of Payee | $ - | $ - | $ - |
| Convenience Claims | $ - | $ 7,396.58 | $ - |
| _____ | $ - | $ - | $ - |
| **TOTAL PLAN DISBURSEMENTS** | $ 95,866.77 | $ 6,062,294.19 | $3,743,539.00 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)     [1]Estimate.

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan     100%

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:
**Description of Property**

Secured Creditors     _____

Priority Creditors     _____

Unsecured Creditors     _____

Equity Security Holders     _____

Other Transfers- Specify class of Transferee

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes   Date application was submitted?

_____ No    Date when application will be submitted

Estimated Date of Final Payment Under Plan   September 2019

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED: _____     DATE: 4-28-2015

_____
Ron Dowdy
(PRINT NAME)